DEBORAH M. SMITH
Acting United States Attorney

LARRY D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
AK Bar No. 8011068

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. |
| | ) | |
| Plaintiff, | ) | |
| | ) | COUNT 1: |
| | ) | ATTEMPTED POSSESSION |
| vs. | ) | WITH INTENT TO DISTRIBUTE |
| | ) | METHAMPHETAMINE |
| | ) |   Vio. 21 U.S.C.§§ 841(a)(1), |
| ERIK EDWARD OSTENSEN and | ) | (b)(1)(B) & 846 |
| MARK MACPHERSON GRAHAM, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

INDICTMENT

The Grand Jury charges that:

## COUNT 1:

That on or about March 22, 2005 - October 19, 2005, at Palmer, in the District of Alaska, the defendants, ERIK EDWARD OSTENSEN and MARK MACPHERSON GRAHAM, did, knowingly and intentionally attempt to possess methamphetamine, with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, to wit manufacture methamphetamine, weighing 5 grams or more, all of which is in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)& 846.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Larry D. Card
LARRY D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
Alaska Bar No. 8011068


s/ Deborah M. Smith
DEBORAH M. SMITH
Acting United States Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: deb.smith@usdoj.gov

DATED: 2/21/06