MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs MARK M. GRAHAM     CASE NO. 3:06-CR-00020-02-RRB
Defendant:  X Present    X In Custody

BEFORE THE HONORABLE      JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:     CAROLINE EDMISTON

UNITED STATES ATTORNEY:    LARRY CARD

DEFENDANT'S ATTORNEY:      RICHARD CURTNER, APPOINTED

U.S.P.O.:                  CHRIS LIEDIKE

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT Held 02/27/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:31 p.m. court convened.

 X Copy of Indictment given to defendant: read.

 X Defendant sworn.

 X Defendant advised of general rights, charges and penalties; waived full advisement of rights.

 X Defendant states true name:   Same as above      Age: 52

 X Financial Affidavit filed; Federal Public Defender accepted appointment and FPD notified.

 X PLEA: Not Guilty to Count 1 of the Indictment.

 X Counsel advised of trial date: Final Pretrial Conference set **April 25, 2006 at 1:30 p.m.** Trial by Jury set **May 1, 2006 at 8:30 a.m.**

 X Defendant detained/Detention Hearing set for **March 2, 2006 at 3:00 p.m.** Order of Temporary Detention Pending Hearing **FILED.**

 X Pretrial motions due **March 23, 2006;** Meet and confer **March 3, 2006.**


At 3:44 p.m. court adjourned.


DATE:   February 27, 2006     DEPUTY CLERK'S INITIALS:    Ce

Case 3:06-cr-00020-JKS   Document 7   Filed 02/27/2006   Page 2 of 2