Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>MARK MACPHERSON GRAHAM,<br><br>           Defendant. | Case No. 3:06-cr-0020-RRB<br><br>**MARK GRAHAM'S MOTION TO SUPPRESS STATEMENTS** |

        Defendant Mark MacPherson Graham, by and through counsel, Rich Curtner, Federal Defender, moves this court for an order suppressing all statements made by Mr. Graham to Alaska State Troopers and federal agents at the time Mr. Graham was arrested by the Mat-Su Drug Unit on October 19, 2005.

        Mr. Graham further moves this court for an order suppressing all statements to Investigators Ingram and Vic of the Mat-Su Drug Unit made by Mr. Graham at the Mat-Su Pretrial Correctional Facility in Palmer, Alaska, on October 28, 2005, during the execution of a search warrant at that facility for Mr. Graham's clothing and hair samples.

Mr. Graham's statements must be suppressed because they were involuntary and because they were taken in violation of *Miranda v. Arizona*, 384 U.S. 436 (1966), and *Dickerson v. United States*, 530 U.S. 428 (2000).

This motion is submitted pursuant to the Fifth Amendment, the Sixth Amendment, Fed.R.Crim.P. 12(b), and D. Alaska Local Rule 7.1, and is supported by the attached memorandum of law.

DATED at Anchorage, Alaska this 23rd day of March 2006.

Respectfully submitted,

s/Rich Curtner
Federal Defender
Alaska Bar No. 8706013
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:      907-646-3400
Fax:          907-646-3480
E-Mail:      rich_curtner@fd.org

Certification:
I certify that on March 23, 2006,
a copy of *Mark Graham's Motion to
Suppress Statements* and the
*Memorandum of Law in Support
of Motion to Suppress Statements*
was served electronically on:

Larry D. Card, Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

Scott A. Sterling
Sterling & Dearmond
851 Westpoint Drive, Suite 201
Wasilla, AK 99654
scottsterling@alaskalawyers.net

s/Rich Curtner