Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>MARK MACPHERSON GRAHAM,<br><br>        Defendant. | Case No. 3:06-cr-0020-RRB<br><br>**MARK GRAHAM'S MOTION TO SEVER HIS TRIAL FROM THE TRIAL OF CO-DEFENDANT ERIK OSTENSEN** |

       Defendant Mark MacPherson Graham, by and through counsel, Rich Curtner, Federal Defender, moves this court for an order severing his trial from that of co-defendant Erik Ostensen.  This motion is submitted pursuant to the Sixth Amendment, Fed.R.Crim.P. 12(b) and 14, and D. Alaska Local Crim. Rule 47.1, and is supported by the attached memorandum of law, all the files and records in this case, and such argument and/or evidence as may be presented at any hearing for trial in this matter.

DATED at Anchorage, Alaska this 23rd day of March 2006.

Respectfully submitted,

s/Rich Curtner
Federal Defender
Alaska Bar No. 8706013
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:      907-646-3400
Fax:          907-646-3480
E-Mail:      rich_curtner@fd.org

Certification:
I certify that on March 23, 2006,
a copy of *Mark Graham's Motion to Sever
His Trial From the Trial of Co-Defendant
Erik Ostensen* and the *Memorandum of Law
In Support of Mark Graham's Motion to Sever
His Trial From the Trial of Co-Defendant Erik
Ostensen* was served electronically on:

Larry D. Card, Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

Scott A. Sterling
Sterling & Dearmond
851 Westpoint Drive, Suite 201
Wasilla, AK 99654
scottsterling@alaskalawyers.net


s/Rich Curtner