Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>MARK MACPHERSON GRAHAM,<br><br>        Defendant. | Case No. 3:06-cr-0020-RRB<br><br>**MARK GRAHAM'S MOTION TO DISMISS INDICTMENT, OR, IN THE ALTERNATIVE, MOTION FOR BILL OF PARTICULARS** |

    Defendant Mark MacPherson Graham, by and through counsel, Rich Curtner, Federal Defender, moves this court for an order dismissing the indictment, or, in the alternative, an order for a bill of particulars. The indictment in this case must be dismissed because the evidence is insufficient to support the charge. The indictment is defective in that it fails to set forth any facts in support of the government's legal conclusions. This motion is based on the Fifth and Sixth Amendments to the United States Constitution, and Fed.R.Crim.P. 7(c), (f), and 12(b). The facts and legal argument in support of this motion are set forth in the attached memorandum.

DATED at Anchorage, Alaska this 23rd day of March 2006.

Respectfully submitted,

s/Rich Curtner
Federal Defender
Alaska Bar No. 8706013
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:       907-646-3400
Fax:           907-646-3480
E-Mail:       rich_curtner@fd.org

Certification:
I certify that on March 23, 2006,
a copy of *Mark Graham's Motion to Dismiss Indictment, Or, in the Alternative, Motion for Bill of Particulars* and the *Memorandum of Law In Support of Mark Graham's Motion to Dismiss Indictment, Or, in the Alternative, Motion for Bill of Particulars* was served electronically on:

Larry D. Card, Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

Scott A. Sterling
Sterling & Dearmond
851 Westpoint Drive, Suite 201
Wasilla, AK 99654
scottsterling@alaskalawyers.net


s/Rich Curtner