

## STATE OF ALASKA
### DEPT. OF PUBLIC SAFETY

| Case No. |
|---|
| 05-83966 |
| Date Investigated |
| 10-19-05 |

| Reporting Officer | PermID | Investigating Agency | Detach | UnitID |
|---|---|---|---|---|
| Inv. Mike Ingram | MSI0 | ABADE – Mat-Su Drug Unit | N | PALD |

12-202 (REV. 12/00)

## MICS 2ND METHAMPHETAMINE MANUFACTURE
## SEARCH WARRANT SERVICE 3PA05-363SW

The above listed Search Warrant was for a residence described as a white mobile home with arctic entry or attachment, located at the third driveway on the right on S. Bodenburg Loop, east of Dancer Court, in the Butte (a.k.a. the last trailer on the left at 5005 S. Bodenberg Loop). The tenet of the residence was suspected of being Erik Ostensen and the Search Warrant was reference suspicion of a clandestine methamphetamine lab.

### ARRIVAL/OBSERVATIONS:

On 10-19-05 at approximately 1004 hours, I arrived at the above-described location with Inv. Shelton, Trp. Baker and the Alaska State Troopers SERT Team. Once on location, the SERT Team made entry inside the residence. Inside the residence they found two adult males and a female toddler. The two adult males were identified as Erik E. Ostensen and Mark Macpherson Graham. The two-year old girl found inside the residence was Baylee Ostensen, which is Erik Ostensen's daughter. No other suspects were found inside the residence. After the SERT team cleared the residence, I then approached the residence as I was previously positioned along the northwest perimeter of the residence. When I approached the trailer home, I walked around the rear of the home and I immediately detected a moderate chemical odor emitting from the rear of the trailer. When I reached the arctic entryway to the front door of the home, the chemical odor became even stronger. As I entered the home, my eyes began to tear and the back of my throat began to burn. I could see that Mr. Ostensen and Mr. Graham were handcuffed and sitting in the living room, which was located just to the left of the kitchen. Baylee Ostensen was found lying on the bed crying in Mr. Ostensen's bedroom. Mr. Ostensen's bedroom is located just to the right of the living room where I saw Mr. Ostensen and Mr. Graham handcuffed.

I identified Mr. Graham via his Alaska photo ID and identified Mr. Ostensen via a copy of his booking photo that I had obtained prior to the Search Warrant service. Prior to speaking with any of the suspects found in the residence, I looked in the residence and immediately saw and smelled items consistent with the meth manufacturing process.

In the kitchen, sitting on the counter top, on the stove and in the cabinets, I saw a dinner plate that had a razor blade and meth pipe sitting on top of it, a gram scale that had trace amounts of red-phosphorous, a bi-phased liquid inside a gallon size glass jar, a Pyrex pie plate with white residue, several bottles of the fuel additive HEET, a can of xylol, a couple cans of acetone, parts of a iodine stained separatory funnel, a few bottles of isopropyl alcohol, containers that had a dark red sludge in them which I suspected was red-phosphorous and packaging material commonly used in the sales and distribution of illicit narcotics.

In the back of the residence was a room full of garbage. Most of the garbage was bagged in white or black plastic garbage bags or plastic shopping bags. Inside the bags, I could see that most of them were filled with meth-related trash, to include matchbook covers with no striker plates, discarded match heads, small cardboard boxes that used to contain matches, empty cans of acetone, xylol and

| REVIEWED AND APPROVED BY | PERM ID | DATE |
|---|---|---|
|  |  |  |

PAGE _____

mlp 10-24-05



## ❦ STATE OF ALASKA ❦
### DEPT. OF PUBLIC SAFETY

12-202 (REV. 12/00)

| Case No. | 05-83966 |
| Date Investigated | 10-19-05 |

| Reporting Officer | PermID | Investigating Agency | Detach | UnitID |
|---|---|---|---|---|
| Inv. Mike Ingram | MSIO | ABADE – Mat-Su Drug Unit | N | PALD |

Coleman camping fuel, empty boxes of pseudoephedrine (both generic and name brands), dark reddish/brownish stained coffee filters and makeshift HCL gas generators.

After finding the above-described meth-related items without looking at everything inside the residence and on the property, I could immediately see that there was an active meth lab inside the residence.

**INTERVIEW #1; DI, ERIK E. OSTENSEN**

Interviewed on 10-19-05, at approximately 1016 hours, at the last trailer on the left at 5005 S. Bodenberg Lp., in Palmer (Butte), AK, by Inv. Ingram.  (Recorded)

I handed Mr. Ostensen a copy of Search Warrant 3PA 05-363SW prior to asking him any questions. After which, Mr. Ostensen declined to answer any of my questions.

**INTERVIEW #2: DI, MARK M. GRAHAM**

Interviewed on 10-19-05, at approximately 1019 hours, at the last trailer on the left at 5005 S. Bodenberg Lp., in Palmer (Butte), AK, by Inv. Ingram.  (Recorded)

Mr. Graham told me he had been staying at Erik Ostensen's house for the past two nights to get away from his wife, but told me he really did not want to stay at Erik's house because of the meth lab.  Mr. Graham would not tell me who was responsible for the meth lab, but claimed that he was not involved in the meth lab.  I asked him if we would find any of his fingerprints on the meth-related items inside the home and he responded "if you do... it's because I help do dishes."  I then told him that I will be pulling prints off matchbook striker plates, pseudoephedrine boxes, cans of toluene, Coleman fuel, HEET bottles, etc. and he then told me "we'll if you do... it's because I move shit around... I go to throw it out... garbage, whatever... that's it."  He told me he was only temporarily staying at Erik's house and was not paying rent.

I asked him why he was staying at Erik's and not at his own house and he told me he was trying to stay away from his wife because she "flips out" on him.  He further told me that Erik is about his only friend and he had no other place to go, except for Henry Vanhorn's house, which he really does not like to stay their either.

Mr. Graham and I walked back into the Mr. Ostensen's home and he showed me all of his personal property, which consisted of a cell phone, a sweatshirt and some paperwork inside a large manila envelope addressed to him.

He told me he had been arrested before and was a felon for selling cocaine, which was a federal case.

mlp 10-24-05

| REVIEWED AND APPROVED BY | PERM ID | DATE |
|---|---|---|
|  | 6302 | 11/8/05 |

PAGE _____

000000058



## STATE OF ALASKA
### DEPT. OF PUBLIC SAFETY

12-202 (REV. 12/00)

| Case No. | 05-83966 |
|---|---|
| Date investigated | 10-19-05 |

| Reporting Officer Inv. Mike Ingram | PermID MSI0 | Investigating Agency ABADE – Mat-Su Drug Unit | Detach N | UnitID PALD |
|---|---|---|---|---|

## ACTION TAKEN:

While interviewing Mr. Ostensen and Mr. Graham, Office of Children Services (OCS) was contacted and notified about Baylee Ostensen and they responded to the scene to take possession of the toddler.

After interviewing both males, I then placed them both under arrest for three counts of MICS II for the meth lab. Mr. Ostensen was additionally charged with a single count of MICS IV for maintaining a dwelling and single charge of Reckless Endangerment for having his daughter present in a residence where there was an active meth lab. Bail was set on both men. Mr. Ostensen was held in lieu of $50,000.00 cash, plus CAPT and Mr. Graham was held in lieu of $100,000.00 cash, plus CATP.

## INFORMATION:

When OCS arrived on-scene to take possession of Baylee Ostensen, Kendra I. Young drove onto the property with her dark blue Saturn sedan, bearing Alaska plate EUD218. She jumped out of her car screaming and demanding to give her child back to her. When she got of her car, I could smell that something was burning and saw smoke coming from her front breaks and from underneath her the hood of her car.

I confirmed with Miss Young that Baylee Ostensen was her child, then interviewed Miss Young regarding her knowledge of the meth lab at Mr. Ostensen's house. Miss Young was identified her via her photo Alaska O/L.

## INTERVIEW #3: SI, KENDRA I. YOUNG

Interviewed on 10-19-05, at approximately 1112 hours, at the last trailer on the left at 5005 S. Bodenberg Lp., in Palmer (Butte), AK, by Inv. Ingram. (Recorded)

Miss Young claimed that she did not have any knowledge of the meth lab inside Mr. Ostensen's house. I asked her why her daughter was over Erik's house and she explained that it was Baylee's father's day to have her, so she dropped Baylee off at Erik's house between 0700 hrs. and 0800 hrs. in the morning. She stated there was no court order regarding visitation rights for Baylee, but claimed that she works in daycare and needed a break, so she dropped Baylee off at Erik's.

When she dropped Baylee off at Erik's, she told me she did not see anyone else at Erik's besides Erik and the only car that was there was Erik's white Pontiac. I asked her if she had seen Mr. Graham at Erik's in the morning and she said that she did not physically see him, but he may have been there.

She kept claiming that she did not know anything about the meth lab at Erik's house and further claimed that the last time she used meth was before Baylee was born, which was over two years ago. I asked if she were to provide a urinalysis, would it show meth in her system? She replied "no."

mlp 10-24-05

| REVIEWED AND APPROVED BY | PERM ID | DATE 11/9/05 |
|---|---|---|

PAGE _____

000000059



| | STATE OF ALASKA<br>DEPT. OF PUBLIC SAFETY | | | Case No.<br>05-83966 | |
|---|---|---|---|---|---|
| 12-202 (REV. 12/00) | | | | Date Investigated<br>10-19-05 | |
| | Reporting Officer<br>Inv. Mike Ingram | PermID<br>MSIO | Investigating Agency<br>ABADE – Mat-Su Drug Unit | Detach<br>N | UnitID<br>PALD |

I asked her if Jerry Young was her father and told me "yes... unfortunately he is sir." I then asked her if Laura Aerni was her dad's girlfriend and she replied "yes... but we don't talk." She further added, "when I do, it's for my little brother Elvis."

I asked her if she knew if Mary J. Jones was involved with Erik's meth lab and she told me "I think so... I see her purple car here all the time." I asked her if she knew to what extent was Mary J. Jones involvement with the meth lab and she claimed she was unsure except that she sees Mary Jones over at Erik's all the time.

I then asked her what was Laura Aerni's involvement with Erik's meth lab and she replied "I don't know... I don't talk to her very much."

Prior to ending my interview with Miss Young, she kept on telling me that she had nothing to do with and had no knowledge of the meth lab.

## INFORMATION:

Aside from what Miss Young claimed regarding her knowledge and involvement of the meth lab, I know that on 4-7-05, Kendra Young, along with Matthew Aerni, purchased 5 pounds of iodine from Alaska Pure Water Products. The employees noted that both subjects were driving a vehicle registered to Laura Aerni at the time of the iodine purchase. A copy of the iodine purchase dated 4-7-05 was obtained by the Mat-Su Narcotic Unit and on the back of the invoice was a copy of Kendra Young's Alaska photo O/L and a written note of the license plate of the vehicle which was registered to Laura Aerni. Iodine is a meth listed chemical and is a necessary ingredient for the ephedrine reduction method of manufacturing meth (the same method most commonly used in south central Alaska).

I later learned from OCS social worker, Karen Morrison, that they had Miss Young perform a urinalysis later that day (10-19-05). The urinalysis showed that she had both cocaine and methamphetamine in her system. I also learned from Karen Morrison that they interviewed Baylee Ostensen and Baylee told them that her mother (Kendra) spends the night with both her and dad (Erik) over at Erik's house all the time. Ms. Morrison further revealed to me that she had spoke with Miss Young, who told her that she (Miss Young) had been telling Erik (Ostensen) to get out of that "whole mess" prior to him being arrested on 10-19-05.

## DOCUMENTATION OF RESIDENCE and PROPERTY:

The residence is the last trailer on the left at 5005 S. Bodenberg Loop, in Palmer(Butte), AK. It sits off the roadway about 500 feet and there is a straight driveway leading from the roadway to the house itself.

The front door of the residence, which is located on the left side, is covered with an arctic entryway. Upon entering through the front door, you walk into the living room. To the right of the living room is a bedroom (Erik Ostensen's bedroom). To the left of the living room is the kitchen. There is no wall

| REVIEWED AND APPROVED BY | PERM ID | DATE | |
|---|---|---|---|
| | | 11/6/05 | PAGE _____ |

mlp 10-24-05



## STATE OF ALASKA
## DEPT. OF PUBLIC SAFETY

| | | | | |
|---|---|---|---|---|
| | | | Case No. | 05-83966 |
| | | | Date Investigated | 10-19-05 |
| Reporting Officer | PermID | Investigating Agency | Detach | UnitID |
| Inv. Mike Ingram | MSI0 | ABADE – Mat-Su Drug Unit | N | PALD |

12-202 (REV. 12/00)

dividing the living room and kitchen, but can tell the distinction between the two room as the living room is carpeted and there is linoleum flooring for the kitchen. From the kitchen, heading further to the left, is a hallway, which leads to three other rooms. The first room on the left side of the hallway, just past the kitchen is a small bedroom. This bedroom was full of young children's toys and a small bed. Past the small bedroom is a full size bathroom, also located on the left side of the hallway. Past the full size bathroom, was a large room located at the end of the hallway. Inside this room was a large amount of garbage and discarded meth-related items.

Going back outside through the front door, there was a large trash pile located approximately 50 feet directly across from the entrance of the home, just along the tree line. The trash pile was full of garbage and discarded meth-related items. Along the left side of the home, just past the arctic entryway was a burn barrel. That too was full of discarded and partially burned meth-related items.

There was also an inoperative vehicle sitting on the left side of the house which also had a couple bags of discarded meth-related items as well, mainly discarded matchbook covers and match heads.

Just to the right of Mr. Ostensen's trailer was an abandoned trailer and to the right of the abandoned trailer was another trailer, which was being occupied by Stacey Bass. Each trailer is spaced approximately 100 feet apart.

## INFORMATION:

I assisted Investigator Shelton with the documentation of items found inside the home. Investigator Shelton documented everything while I assisted him by photographing what he was documenting. I took photos of all documented items with a digital camera. After going through the initial documentation phase of the investigation, Investigator Shelton and I then brought everything that we deemed of evidentiary value found inside the home, outside of the home and placed them onto two tarps which were laid on the ground. We then began to further document even more meth-related items that were found outside, sprawled along the property of the home. (see Inv. Shelton's supplemental report).

After documenting the meth-related and other evidentiary items of interest, I then made contact with Erik's Ostensen's neighbor, Stacey Bass.

## INTERVIEW #4: SI, STACEY BASS

Interviewed on 10-19-05, at approximately 1455 hours, at the last trailer on the right at 5005 S. Bodenberg Loop, in Palmer (Butte), AK, by Inv. Ingram. (Recorded)

She told me she had been living at her place for the past two and half months and often times watches Erik's and Kendra's child when they ask her to do so. She told me she knew that Baylee's mother was Kendra Young. I asked her how she came to know both Erik and Kendra and she explained that her sister in Oregon pretty much raised Kendra. She further explained when Kendra moved up to Alaska, her sister gave her (Stacey) Kendra's phone number to contact her. After contacting Kendra when

mlp 10-24-05

| REVIEWED AND APPROVED BY | PERM ID | DATE |
|---|---|---|
| | MSI2 | 11-18-05 |

PAGE _____

000000061



| | **STATE OF ALASKA** | | Case No. 05-83966 | |
|---|---|---|---|---|
| | **DEPT. OF PUBLIC SAFETY** | | Date Investigated 10-19-05 | |
| 12-202 (REV. 12/00) | | | | |

| Reporting Officer Inv. Mike Ingram | PermID MSI0 | Investigating Agency ABADE – Mat-Su Drug Unit | Detach N | UnitID PALD |
|---|---|---|---|---|

she was in Alaska, Stacey then told me she met Kendra's boyfriend, Erik, and Kendra's father, Jerry Young.

I asked her if she had ever been over Erik's house and she told me that she had, but does not go over very much as she claimed it was a messy house. She told me she was last over there about a couple of days ago. She told me she had heard rumors of meth possibly being cooked over at Erik's house, but she did not want anything to do with it. She stated she just wanted to mind her own business because her husband went to prison for meth in Wyoming.

I asked her who stayed at Erik's house and she told me that a guy named "Mark" stayed over there often. She described Mark as being tall and an older looking gentleman with dark hair. She said Mark always had problems with his wife. The last time she saw him over at Erik's house was just a couple of days ago. She told me she had heard that Mark went to prison for the sale of cocaine and that he uses the "needle." She claimed that she did not have any personal knowledge of Mark's drug habit(s).

{In the middle of interviewing her, Ms. Bass received a telephone call from Mary J. Jones, who was calling from Mat-Su Pretrial, asking her to pick up Larua Aerni's son, Elvis, from school as both Laura Aerni and Mary J. Jones had also been arrested for a meth lab on 10-19-05. (x-ref AST Case #s 05-85739 and 05-85780)}

I asked her how did she know Mary J. Jones and she replied she met her when she (Stacey) moved into her trailer about two and a half months ago. She told me she had seen Mary J. Jones over at Erik's often and she knew Mary J. Jones to drive a purple Dodge Neon. Stacey further told me she had seen Laura Aerni over at Erik's house as well.

Stacey told me she felt sorry for the kids, especially when Laura Aerni called her and told her she was getting ready to cook some "stuff" (meth). I asked her why would Laura Aerni tell her she was cooking meth and she explained that Laura had told her she was trying to make some money, but she did not want to work anywhere. Stacey told me she had tried to get her a job at Nobody's Inn, in Wasilla, but Laura did not want to work their either. Stacey stated she had taken care of Elvis a lot for the past couple of years that they have known them (Laura Aerni and Jerry Young).

She told me that she used to hang out with Larua on a frequent basis, but she had not done that in a while.

I asked her if she thought it was odd that Mr. Ostensen had a surveillance camera up in the trees, pointing down his driveway and she replied that she had heard that he had a camera, but that she had never seen it before.

I told her that I have seen Kendra Young's vehicle over at Erik's house on numerous occasions and asked her if she knew if Kendra spent any significant amount of time over at Erik's house and she replied "not really." She knew that Kendra would often drop Baylee off at Erik's in the morning and she would stay there from time to time, but she though Kendra actually lived some place else. She did say

| REVIEWED AND APPROVED BY | PERM ID MSI2 | DATE 11-9-05 |
|---|---|---|

mlp 10-24-05

PAGE _____

000000062



## STATE OF ALASKA
### DEPT. OF PUBLIC SAFETY

12-202 (REV. 12/00)

| Case No. |
|---|
| 05-83966 |

| Date Investigated |
|---|
| 10-19-05 |

| Reporting Officer | PermID | Investigating Agency | Detach | UnitID |
|---|---|---|---|---|
| Inv. Mike Ingram | MSIO | ABADE – Mat-Su Drug Unit | N | PALD |

that she knew that both Kendra and Erik both used to live there a while back, but she has a new boyfriend.

She told me she likes them all (Erik, Laura, Kendra and Mary), but she did not agree with what they were doing.

## INFORMATION:

After the meth-related items found inside and outside the residence were gathered and identified, I further documented the items with a digital camera. I then assisted Investigators Young, Spitzer, and Shelton with sampling the unknown liquids, powders and residues for evidentiary purposes and I further assisted in dusting some of the items of evidence for latent prints.

Prior to departing the scene, I left a copy of the list of seized items (12-210s) on top of the television, which was located in the living room. I then secured the front door the best that I could and posted a Clandestine Methamphetamine Lab placard on the front door.

I departed the scene at 1943 hours.

## INVESTIGATIVE EFFORTS:

When I got back to my office on 10-19-05, to place the seized items into evidence, I went through the receipts and paperwork that were seized from Mr. Ostensen's home. There were several receipts found from several different department/grocery stores in which each receipt shows that meth-related items were purchased. The items that were purchased were cases and packages of bookmatches, several boxes of pseudoephedrine (Sudafed & Suphedrnie), Red Devil Lye, coffee filters, Coleman Fuel, acetone, Brakleen, latex rubber gloves, isopropyl alcohol, and a Pyrex dish.

There were three receipts from Walmart (two from the Walmart off Diamond Blvd., in Anchorage, and one from the Walmart, in Wasilla). The receipts from the Walmart, in Anchorage, were dated 10-10-05 & 10-13-05. The receipt from the Walmart, in Wasilla, was dated 9-28-05.

There were two receipts from Carrs/Safeway (one was from the Jewel Lake Carrs and the other was the Safeway at the Northway Mall, both stores located in Anchorage. The receipt from the Jewel Lake Carrs was dated 10-13-05 and the receipt from the Safeway at the Northway Mall was dated 9-30-05.

There were five receipts from Fred Meyers (one from the Fred Meyers, in Wasilla, one from the Fred Meyers, in Palmer, one from the Fred Meyers, off Debarr Rd., in Anchorage, one from the Fred Meyers, off West Diamond Blvd, in Anchorage, and one from the Fred Meyers, off Abbott Rd., in Anchorage. The receipt from the Fred Meyers, in Palmer, was dated 9-30-05. The receipt from the Fred Meyers, in Wasilla, was dated 10-8-05. The receipt from the Fred Meyers, off Abbott Rd., was dated 10-10-05 and the receipt from the Fred Meyers, off Debarr Rd., was dated 10-13-05.

There a single receipt from Six Robblees Inc., in Wasilla, which was dated 9-28-05.

| REVIEWED AND APPROVED BY | PERM ID | DATE | PAGE _____ |
|---|---|---|---|
|  | MI2 | 11-9-05 |  |

mlp 10-24-05

000000063



| | **☙ STATE OF ALASKA ☙**<br>**DEPT. OF PUBLIC SAFETY** | | | Case No.<br>05-83986 | |
|---|---|---|---|---|---|
| | | | | Date Investigated<br>10-19-05 | |
| 12-202 (REV. 12/00) | Reporting Officer<br>Inv. Mike Ingram | PermID<br>MSIO | Investigating Agency<br>ABADE – Mat-Su Drug Unit | Detach<br>N | UnitID<br>PALD |

Also, there was a single Sam's Club receipt, from the Sam's Club at the Northway Mall, in Anchorage, with membership number 101-21324819994. The receipt was dated 9-7-05.

Based upon my training and experience, I know that people who manufacture meth or assist with the meth manufacturing process will commonly shop at several different stores and at different times & dates. With each shopping visit, they will commonly buy their supplies a little at a time in an attempt to not draw too much attention to themselves and to avoid being detected by either loss prevention agents and/or law enforcement.  (*See copies of attached seized shopping receipts accompanied with this report*).

Regarding the Sam's Club shopping receipt that was seized from Mr. Ostensen's house, I was able to obtain a computer printout of Mr. Ostensen's Sam's Club shopping history from Sam's Club. The membership number found on the receipt from Sam's Club matched the membership number on Mr. Erik Ostensen's shopping history, which is 324819994. I also learned as a result of obtaining the computer printout that Mr. Ostensen shares an account with Laura Aerni. Ms. Aerni is listed as the primary account holder. In the printout, there is a two digit designator detailing which person on the account purchased what items and when. In this case, Mr. Ostensen's designator is "21" and Laura Aerni's designator is "10."

The following is a list of dates and meth-related items purchased by Mr. Ostensen, at Sam's Club, with membership number 324819994, under the designator "21."

9-7-05, 4 cases of bookmatches and a package of coffee filters (700 count)
9-22-05, 2 cases of bookmatches and a package of coffee filters (700 count)

Each case of bookmatches contains a total of 1,000 individual matchbooks (or 1000 matchbook striker plates).  Mr. Ostensen purchased a total of 6,000 matchbooks from Sam's Club.

*(End of Mr. Ostensen's Sam's Club Shopping History)*
*(See copies of attached Sam's Club Shopping History accompanied with this report)*

The Sam's Club computer printout for both Mr. Ostsensen and Ms. Aerni shows that Ms. Aerni also purchased several cases of bookmatches during various shopping visits to Sam's Club.

3-23-05, 2 cases of bookmatches
7-2-05, 3 cases of bookmatches
7-19-05, 4 cases of bookmatches
8-16-05, 4 cases of bookmatches
9-30-05, 1 case of bookmatches

Again, each case of bookmatches contains a total of 1,000 individual matchbooks (or 1000 matchbook striker plates). Ms. Aerni purchased a total of 14,000 matchbooks from Sam's Club.

| REVIEWED AND APPROVED BY | PERM ID | DATE<br>11/9/05 |
|---|---|---|

mlp 10-24-05

PAGE _____

000000064



| STATE OF ALASKA | | Case No. 05-83966 | |
|---|---|---|---|
| **DEPT. OF PUBLIC SAFETY** | | Date Investigated 10-19-05 | |
| 12-202 (REV. 12/00) | | | |

| Reporting Officer Inv. Mike Ingram | PermID MSI0 | Investigating Agency ABADE – Mat-Su Drug Unit | Detach N | UnitID PALD |
|---|---|---|---|---|

*(End of Ms. Aemi's Sam's Club Shopping History)*
*(See copies of attached Sam's Club Shopping History accompanied with this report)*

Also found in Mr. Ostensen's home, were several index cards that were stained with iodine. On the iodine stained cards was a hand-written chart, which had the letters E, UR, FR, TR and I written across the top. Each letter was sectioned off with a straight line in-between and underneath each letter. Underneath each group of letters was a number in decimal form (ie., 3.8, 2.0, 0.6, 2.6, 4.0 – etc.,). From my training and experience and by speaking with other narcotic investigators and suspects who are known to partake in the meth manufacturing process, usually the letter "I" is for Iodine and the letter "E" is for Ephedrine. Based upon the numbers located under each letter, it appears that each index card that we seized is possibly a formula for manufacturing meth.

*(See copies of attached index cards accompanied with this report)*

**EXECUTION OF SEARCH WARRANTS 3PA 05-385 & 386SW:**

On 10-28-05, at approximately 1615 hours, I executed the above mentioned Search Warrants at Mat-Su Pretrial Correctional Facility, in Palmer, and seized both Mr. Ostensen's and Mr. Graham's personal clothing from when they were incarcerated on 10-19-05. In addition to Mr. Graham's clothing, I also seized sample(s) of Mr. Graham's hair.

Inv. Vic assisted me in seizing samples of Mr. Graham's hair. Before attempting to seize any of Mr. Graham's hair, I gave Mr. Graham a copy of Search Warrant 3PA 05-385SW. While Inv. Vic and I were seizing samples of his hair, I observed Mr. Graham reading the Search Warrant. Then, Mr. Graham openly told both Inv. Vic and I that he used meth over at Erik Ostensen's house the night before we executed the Search Warrant at Mr. Ostensen's house. He further told us he only used meth because he could not find any other drugs to consume. At no time did Inv. Vic or I attempt to ask Mr. Graham any questions regarding this investigation or any other investigation.

I left a copy of Search Warrant 3PA 05-385SW with Mr. Graham and a copy of 3PA 05-386SW with Sgt. Erickson, at Mat-Su Pretrial.

**FIREARM INFORMATION:**

There were three firearms located inside Mr. Ostensen's home when we found the meth lab on 10-19-05. Sitting on top of the refrigerator was a semi-automatic 9 mm pistol, made by Kel-Tech and a small Derringer style .25 caliber pistol. I also found a .357 caliber Smith and Wesson revolver pistol found in a dresser drawer, located inside Mr. Ostensen's bedroom. Found in the same drawer where I found the Smith and Wesson revolver, was an iodine stained separatory funnel constructed out of blown glass and a plastic tank commonly used to house windshield wiping fluid for a vehicle. The plastic tank was painted and iodine stained as well.

| REVIEWED AND APPROVED BY | PERM ID | DATE |
|---|---|---|
| *[signature]* | WK02 | 11/9/05 |

mlp 10-24-05

PAGE _____

000000065



# STATE OF ALASKA
# DEPT. OF PUBLIC SAFETY

12-202 (REV. 12/00)

| Case No. | 05-83966 |
|---|---|
| Date Investigated | 10-19-05 |

| Reporting Officer<br>Inv. Mike Ingram | PermID<br>MSI0 | Investigating Agency<br>ABADE – Mat-Su Drug Unit | Detach<br>N | UnitID<br>PALD |
|---|---|---|---|---|

The Smith and Wesson revolver has a serial number of 91509. I checked the serial number through APSIN and NCIC to see if it was listed as stolen and initially, it was not listed as stolen. I also checked the serial numbers on the other two firearms found inside the home and they were not listed as stolen either.

About three days after seizing the firearms from Mr. Ostensen's house, I learned from Palmer Police Officer Turney that the Smith and Wesson revolver was a stolen firearm and that the firearm was an old Anchorage Police Department issued firearm. The owner of the firearm was identified as Dennis Gum as he was a victim of a burglary, in which about 12 firearms were stolen from his house. The burglary was reported to AST on 10-20-05 (x-ref AST Case #05-88069). Mr. Gum positively identified the firearm to being his and told police that he had been in Iraq on active duty for an extensive length of time and when he returned, he realized that his house had been burglarized.

## CONCLUSION:

In addition to charging Mr. Ostensen with three counts of MICS II, a single count of MICS IV and Reckless Endangerment, I am also charging him with a single count of MIW II and another count of MICS IV for possession of meth.

Miss Kendra Young is being charged with a single count of Reckless Endangerment for brining and allowing her child to stay at a residence where a meth lab was found.

| REVIEWED AND APPROVED BY | PERM ID | DATE |
|---|---|---|
| | | 11/9/05 |

mlp 10-24-05

PAGE _____

000000066