IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT PALMER

STATE OF ALASKA, )
)
        Plaintiff, )
)
vs. )
)
MARK M. GRAHAM, )
DOB: 11/4/1953 )
APSIN ID: 0947122 )
DMV NO. 0947122 )
SSN: 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 )
ATN: 109-388-853 )
)
ERIK E. OSTENSEN, )
DOB: 10/25/1976 )
APSIN ID: 7181730 )
DMV NO. 7121439 )
SSN: 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 )
ATN: 109-388-844 )
)
        Defendants. )
_____ )
No. 3PA-S05-2880  CR  (Mark M. Graham)
No. 3PA-S05-2881  CR  (Erik E. Ostensen)

FILED IN OPEN COURT
10-28-05

## INDICTMENT

I certify this document and its attachments do not contain the (1) name of a victim of a sexual offense listed in AS 12.61.140 or (2) residence or business address or telephone number of a victim of or witness to any offense unless it is an address identifying the place of a crime or an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

The following counts charge a crime involving DOMESTIC VIOLENCE as defined in AS 18.66.990:

Count I - AS 11.71.020(a)(2)(A)
Second Degree Misconduct Involving A Controlled Substance
Mark M. Graham - 001
Erik E. Ostensen - 001

Count II - AS 11.71.020(a)(3)
Second Degree Misconduct Involving A Controlled Substance
Mark M. Graham - 002
Erik E. Ostensen - 002

RECEIVED
OCT 31
OFFICE OF PUBLIC ADVOCACY
PALMER, AK

DISTRICT ATTORNEY, STATE OF ALASKA
11921 PALMER WASILLA HWY., SUITE 100
PALMER, ALASKA 99645
PHONE: (907) 745-5027

Count III - AS 11.71.020(a)(4)(A)
Second Degree Misconduct Involving A Controlled Substance
Mark M. Graham - 003
Erik E. Ostensen - 003

Count IV - AS 11.61.195(a)(1)
Misconduct Involving Weapons In The Second Degree
Erik E. Ostensen - 004

Count V - AS 11.71.040(a)(5)
Fourth Degree Misconduct Involving A Controlled Substance
Mark M. Graham - 005
Erik E. Ostensen - 005

THE GRAND JURY CHARGES:

**Count I**

That on or about the 19th day of October, 2005, at or near Palmer in the Third Judicial District, State of Alaska, ERIK E. OSTENSEN and MARK M. GRAHAM, as principle or accomplice, manufactured a material, compound, mixture, or preparation that contained methamphetamine, or its salts, isomers, or salts of isomers.

All of which is a class A felony offense being contrary to and in violation of AS 11.71.020(a)(2)(A) and against the peace and dignity of the State of Alaska.

**Count II**

That on or about the October 19, 2005, at or near Palmer in the Third Judicial District, State of Alaska, ERIK E. OSTENSEN and MARK M. GRAHAM, as principle or accomplice, possessed an immediate precursor of methamphetamine, or the salts, isomers, or salts of isomers of the immediate precursor of methamphetamine, with intent to manufacture a material compound, mixture, or preparation that contains methamphetamine, or its salts, isomers, or salts of isomers.

All of which is a class A felony offense being contrary to and in violation of AS 11.71.020(a)(3) and against the peace and dignity of the State of Alaska.

**Count III**

That on or about the 19th day of October, 2005, at or near Palmer in the Third Judicial District, State of Alaska, ERIK E. OSTENSEN and MARK M.

Ending Indictment    2
State v. Mark M. Graham, 3PA-S05-2880; Erik E. Ostensen, 3PA-S05-2881
Page 2 of 4

DISTRICT ATTORNEY, STATE OF ALASKA
11921 PALMER WASILLA HWY., SUITE 100
PALMER, ALASKA 99645
PHONE: (907) 745-5027

GRAHAM, as principle or accomplice, possessed a listed chemical with intent to manufacture a material, compound, mixture, or preparation that contains methamphetamine, or its salts, isomers or salts of isomers to wit; Ephedrine and /or, Acetone, and/or Iodine, and/or Phosphorus.

All of which is a class A felony offense being contrary to and in violation of AS 11.71.020(a)(4)(A) and against the peace and dignity of the State of Alaska.

### Count IV

That on or about October 19, 2005, at or near Palmer in the Third Judicial District, State of Alaska, ERIK E. OSTENSEN knowingly possessed a firearm during the commission of an offense under AS 11.71.010 – 11.71.040.

All of which is a class B felony offense being contrary to and in violation of AS 11.61.195(a)(1) and against the peace and dignity of the State of Alaska.

### Count V

That on or about October 19, 2005, at or near Palmer in the Third Judicial District, State of Alaska, ERIK E. OSTENSEN and MARK M. GRAHAM, as principle or accomplice, knowingly kept or maintained any store, shop, warehouse, dwelling, building, vehicle, boat, aircraft, or other structure or place which was used for keeping or distributing controlled substances in violation of a felony offense under this chapter or AS 17.30.

All of which is a class C felony offense being contrary to and in violation of AS 11.71.040(a)(5) and against the peace and dignity of the State of Alaska.

DATED this 27th day of October, 2005 at Palmer, Alaska.

A true bill

_____      _____
Grand Jury Foreperson                                David V. Burglin
                                                                       Assistant District Attorney, No. 8906015

WITNESSES EXAMINED BEFORE THE GRAND JURY:
Investigator Mike Ingram

Ending Indictment                                                                 3
*State v. Mark M. Graham*, 3PA-S05-2880; *Erik E. Ostensen*, 3PA-S05-2881
Page 3 of 4

DISTRICT ATTORNEY, STATE OF ALASKA
11921 PALMER WASILLA HWY., SUITE 100
PALMER, ALASKA 99645
PHONE: (907) 745-5027

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Ending Indictment                                    4
*State v. Mark M. Graham*, 3PA-S05-2880; *Erik E. Ostensen*, 3PA-S05-2881
Page 4 of 4

DISTRICT ATTORNEY, STATE OF ALASKA
11921 PALMER WASILLA HWY., SUITE 100
PALMER, ALASKA 99645
PHONE: (907) 745-5027