OPA 'S COPY

CONFIDENTIAL

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT

```
STATE OF ALASKA,            )
                            )
        Plaintiff,          )
                            )
vs.                         )
                            )
MARK GRAHAM and             )    Case No. 3PA-S05-2880 CR
ERIC OSTENSEN,              )    Case No. 3PA-S05-2881 CR
                            )
        Defendants.         )
_____)
```

VOLUME I

TRANSCRIPT OF GRAND JURY PROCEEDINGS

Palmer, Alaska
October 27, 2005
9:18 a.m.

APPEARANCES:   DAVID V. BURGLIN
               District Attorney's Office
               11921 Palmer-Wasilla Highway
               Suite 100
               Palmer, Alaska   99645

DISCLAIMER
TRANSCRIPTS PREPARED FOR THE ALASKA COURT SYSTEM
The Alaska Court System has accepted this transcript based on either review of a random sample or without review because the transcriber's prior work has consistently met court system standards.

Because it is possible that this transcript may contain some errors, the court system encourages parties to listen to the tapes of critical portions of the proceedings and to bring any significant errors to the ACS Transcript Coordinator's attention immediately.

*T. M. Transcribing*
*1980 Commodore Drive*
*Anchorage, Alaska 99507*
*(907) 349-8183*

Exhibit C - Page 1 of 16

TABLE OF CONTENTS

| WITNESSES | DIRECT |
|---|---|
| Mike Ingram | 3/21 |

i

T. M. Transcribing
1980 Commodore Drive
Anchorage, Alaska 99507
(907) 349-8183

Exhibit C - Page 2 of 16

Case Nos. 3PA-S05-2880/2881 CR    Condenselt!    State v. GRAHAM/OSTENSEN

Case 3:06-cr-00020-JKS    Document 26-4    Filed 03/23/2006    Page 3 of 16

Page 2

1           PROCEEDINGS
2    3PA05-56GJ
3    9:18:48
4        THE CLERK: We're on record.
5        MR. BURGLIN: Good morning, my name is Dave Burglin, the
6    assistant district attorney assigned to present -- actually
7    there's going to be three cases in a row that all pertain to the
8    same thing, and that is possession, manufacture with intent to
9    deliver methamphetamine. Those cases are -- the first one up
10   will be State versus Mark Graham and Eric Ostensen, the second
11   case will be State versus Mary J. Jones, and the third case will
12   be Laura F. Aerni, A-E-R-N-I. And for the record, those case
13   numbers are respectively 3PA-S05-2881, Mary J. Jones is 3PA-S05-
14   2889, and Laura Aerni is 3PA-S05-2890.
15       Because the three cases all deal with manufacture,
16   possession of methamphetamine what I'm going to do is have
17   investigator Mike Graham (sic) come in, lay some foundational
18   testimony for all three cases. And when the first case is on,
19   when the second case starts I will reference Investigator
20   Graham's -- or, Investigator Ingram's testimony for you to rely
21   on. So what he says this morning before we get into the cases
22   will pertain to all of the next three cases, and hopefully it'll
23   save us some time and we won't have to go through the same
24   foundational type testimony for each of the cases.
25       UNIDENTIFIED JUROR: Would that also include the witness

Page 3

1    list, just because we're 13?
2        MR. BURGLIN: The witnesses are Investigator Ingram, Chris
3    Watchus, who is another drug investigator, and the third witness
4    that you're likely to hear from is Investigator Kyle Young or
5    Langendorfer. So they're all drug investigators, drug cops.
6    Okay? We could add it.
7        TROOPER INGRAM: Okay. All right.
8        FOREPERSON: I'm sorry.
9        (Oath administered)
10       TROOPER INGRAM: Yes, I do.
11              MIKE INGRAM,
12   called as a witness, testified as follows on:
13           DIRECT EXAMINATION
14       FOREPERSON: For the record please state and spell your
15   first and last name?
16 A    It's Mike Ingram, Mike is spelled M-I-K-E, Ingram is
17      spelled I-N-G-R-A-M. I'm an investigator with the Mat-Su
18      narcotic unit, it's a division of the State Troopers here
19      in the Valley.
20       FOREPERSON: Thank you.
21 A    Thank you.
22 BY MR. BURGLIN:
23 Q    Investigator Ingram, how long have you been assigned to
24      the drug unit?
25 A    Well, I've been with the drug unit for approximately a

Page 4

1       year and a half. I'll just give you a brief overview of
2       my training and experience. I've been with the State
3       Troopers since March of 2001, primarily worked patrol
4       during my tenure from that time in Talkeetna and in
5       Palmer, but I've been currently assigned to the Mat-Su
6       narcotic unit for about a year and a half. On numerous
7       occasions I've come in contact with people in possession
8       of marijuana, cocaine, methamphetamine, heroin,
9       prescription meds, nonprescription meds. I've
10      investigated and been involved with the investigations of
11      over 35 methamphetamine labs here in the Valley. I've
12      also assisted in the investigations of over 50 marijuana
13      -- marijuana grows and illicit drug trafficking cases here
14      in the Valley. Let's see, I completed a 40-hour DEA
15      course for certification regarding investigation with
16      clandestine -- correction, clandestine methamphetamine
17      labs and an 80-hour course, it's a basic DEA course on how
18      to investigate drug crimes. On top of that I'm also a
19      field training officer with the Department of Public
20      Safety.
21 Q    Okay, so let's talk about methamphetamine.
22 A    Sure.
23 Q    One of the statutes prohibits the manufacture with intent
24      to deliver methamphetamine.
25 A    Uh-huh (affirmative).

Page 5

1  Q    When you respond to a site or you get a search warrant and
2       go into somebody's house what are you looking for as
3       evidence of manufacturing meth?
4  A    Well, can I first explain the meth manufacturing process
5       to a degree?
6  Q    Sure.
7  A    And that may help give you guys a better understanding of
8       what I'm looking at. Primarily here in southcentral
9       Alaska there -- there is a couple ways to manufacture
10      meth, but the primary method of manufacturing
11      methamphetamine here in -- or, in southcentral, anyways,
12      is called the ephedrine reduction method, which they use
13      red phosphorus and iodine to chemically alter ephedrine.
14      Now, I'll get into that a bit here in a minute, but you
15      cannot have meth without ephedrine, or -- yeah, ephedrine.
16      Ephedrine is the primary precursor. There used to be --
17      Hell's Angels did this back in the '60s and '70s, it was
18      called P2P. It's a long chemical name that it's hard for
19      me to pronounce so I'll just call it P2P. That is -- I
20      believe that's illegal to possess now and it's very well
21      watched by the government so it's very difficult to
22      obtain. So that precursor is out the window, basically.
23      Now we're -- you mostly need ephedrine. You can get
24      ephedrine from pseudoephedrine tablets, which is basically
25      your Sudafed, Sinutab, that type of stuff that you can get

### Page 6

1. from Wal-Mart, Fred Meyers, Carrs, what have you. It's
2. very easy to obtain. So you need three -- you need four
3. elements particularly to manufacture meth via the
4. ephedrine reduction method or the red phosphorus/iodine
5. method. You need ephedrine, iodine, red phosphorus to
6. produce meth. And we call that -- excuse me, we call that
7. the big four. So you need iodine, ephedrine, red
8. phosphorus to make meth. So commonly what we find, we
9. find people who partake in the meth manufacturing process,
10. they'll just -- the first process is to go buy a whole
11. mess load of Sudafed, pseudoephedrine tablets, because
12. they're trying to extract the ephedrine from this. You
13. can't just -- one box of Sudafed really is not going to
14. cut it. In fact, I have a box of Sudafed in my house, but
15. that will last me about a year and a half, and that's with
16. a kid. But typically they'll go and buy numerous packages
17. of Sudafed in their house -- or, throughout different
18. stores. What they do is they crush those Sudafed tablets.
19. They crush the Sudafed tablets because it's easier to get
20. the ephedrine from the Sudafed tablets. They mix that
21. into a solvent. It's either the fuel additive Heet. You
22. guys are all familiar with the fuel bottles of Heet here
23. in Alaska. They'll use that, they'll use ether from
24. Brakleen, stuff you use on Brakleen. They'll just --
25. they'll use a church key and break open the bottom of

### Page 7

1. the -- the cans of Brakleen and what have you. So they
2. pour these pills into a container like -- more like a
3. glass container normally is what I see, but that's not the
4. only type of container. Then they'll pour the solution --
5. or, the -- the Heet, the ethyl alcohol into this thing,
6. and they'll let it sit. They'll let the crushed-up
7. pseudoephedrine pills and the Heet or ethyl alcohol sit
8. and what it does, you'll see a separation process over a
9. couple hours. All the white chunky stuff on the bottom,
10. or red, it depends on the -- depends if the pills have a
11. dye in them, you'll see a -- maybe a pink substance, a
12. light pink substance or a white chalky substance in the
13. bottom of the -- of the container itself. And sitting at
14. the top it's generally a clear liquid. Now, what's that's
15. doing is sending the pill binder, meaning the crap in the
16. pill that they don't want, to the bottom, and that clear
17. stuff sitting in the liquid, that's ephedrine, that's what
18. they need. So after that goes through a separation
19. process they'll send it through a filtration system, which
20. mostly is coffee filters. They'll use coffee filters --
21. you go to the super labs, the Mexican national labs --
22. that's kind of the high speed term they use for the mass
23. production lab you see down in Mexico and stuff --
24. sometimes they use bedsheets because they're making it in
25. such big vats. But here they commonly use coffee filters.

### Page 8

1. So they'll pour that solution into the coffee filter
2. through another -- over top of another glass container or
3. what have you, and the coffee filter will catch that white
4. chunky stuff in the bottom of the glass. Once they --
5. once it goes through a -- and they may do this a couple of
6. times. Filtration is just going to get all their
7. ephedrine out. Once you have the coffee filter with the
8. white chalky substance in, they'll squeeze the coffee
9. filter to get as much ephedrine as they can, because the
10. more ephedrine you get the higher yield they're going to
11. get of methamphetamine at the end of the cook. Remember,
12. ephedrine is -- is our -- ephedrine is -- methamphetamine
13. is basically ephedrine, but it's chemically altered. It's
14. like a Dr. Jekyl/Mr. Hyde done on the ephedrine. It -- I
15. don't know -- I'm not a chemist, but I know it either
16. takes away or adds a molecule, and that's what changes
17. ephedrine into methamphetamine. Don't ask me which
18. chemical it is, because I'm not about to go on record and
19. say exactly which one of those molecules that is. I just
20. know it is one. So voila, they've got their ephedrine.
21. And they've got their ephedrine in a liquid form.
22. Generally what they'll do after they get the ephedrine
23. into their liquid form, it's already in a gas or an
24. alcohol or what have you. All they have to do is
25. evaporate it to get the pure ephedrine which will turn

### Page 9

1. into powder form. Commonly what we see is they'll put it
2. into a large glass Pyrex dish or a glass pie -- pie plate,
3. what have you, and they'll let the pie plate or the glass
4. Pyrex dish sit out for a couple hours, or if they want to
5. speed up the process they put it in ovens with this Heet,
6. this -- you know, this explosive type of liquid. They put
7. it in an oven to help -- help the evaporation process take
8. off even further. Or they'll put fans on it to help with
9. the evaporation process even more. But once it evaporates
10. you'll see a white powdery film -- it may be thicker than
11. a film, but you'll see a white powdery substance sitting
12. in the -- caked to the plate. Then they'll scrape that up
13. with a razor blade from the plate, and that's their --
14. that's their powder form of ephedrine. Once they have the
15. ephedrine they need to somehow chemically alter this
16. ephedrine, and that's when the iodine and the red
17. phosphorus come into play. Now, iodine, again, it can be
18. obtained in several ways. One is tincture of iodine.
19. Tincture of iodine comes in the little small bottles you
20. can get at Carrs, Safeway, Wal-Mart, what have you. They
21. generally come in one-ounce bottles. You can also buy
22. tincture of iodine at your -- at your horse feed stores or
23. your veterinarian clinics, what have you, but it -- to get
24. tincture of iodine -- or, when they use tincture of iodine
25. they use hydrogen peroxide, mix that in with the tincture

Case 3:06-cr-00030-JKS Document 26-4 Filed 03/23/2006 Page 5 of 16

Page 10

1  of iodine, and what that is -- the tincture of iodine
2  itself, it's still iodine but it's mixed in with some
3  other stuff that they don't want, they just want the
4  iodine from this tincture of iodine. So they take
5  hydrogen peroxide, pour it into the tincture of iodine or
6  to a container that has tincture of iodine, and after a
7  short time that hydrogen peroxide crashes out the iodine,
8  so you'll see a separation, the iodine in the tincture of
9  iodine will fall to the bottom and you'll see it start to
10 crystallize to a degree, and it separates the other stuff
11 in a tincture of iodine. So again that goes through a
12 filtration system or it goes through some sort of system
13 that helps them allow just to obtain the iodine itself.
14 The other way to get iodine is through iodine prill.
15 Iodine prill are the beads of iodine which they can use
16 directly with this process. They don't have to use
17 hydrogen peroxide. But when you iodine prill you raise a
18 lot of eyebrows because it comes in five-pound containers,
19 it from the water supply system, the water softener
20 stores, but a lot of times when they get it at water
21 softener stores they want your ID, they want -- they want
22 to know what you -- what you need it for, because
23 obviously they know it's being used to -- in a lot of
24 cases, not all the time, but in a lot of cases it's being
25 used for this type of purpose. So again, it's a highly

Page 11

1  watched chemical, that's why we see a lot of times they go
2  to your Wal-Mart and Fred Meyers and what have you to get
3  the tincture of iodine. Well, they take iodine, then they
4  take red phosphorus. Now this is a fun process here. Red
5  phosphorus is obtained -- most commonly -- there's three
6  ways that I know how to get it. One is from -- you can
7  buy it over the -- over the internet from overseas. But
8  again, that's -- that's watched, it's a watched chemical.
9  Two, you can get it from flares, but that's going to get
10 pretty darn expensive scraping a bunch of red phosphorus
11 from flares. Three is from matchbook striker plates.
12 Matches are pretty inexpensive, and they can come in bulk
13 form. Typically what you see at these -- at the grocery
14 store are your matchbooks that they come in bricks of 20
15 or 50, and these aren't the matches -- the stick matches
16 where it has the one striker plate on the end of the box
17 and you got a bunch of stick matches. They don't want
18 that because it's only got one striker plate on the end of
19 the box. They want the bricks that have the 15 -- or, 20
20 to 50 individual matches -- or, matchbook covers that have
21 individual striker plates on the -- you guys understand
22 what I'm saying about a striker plate on a -- on a
23 matchbook cover? Okay. Well, not only do they buy the
24 bricks at a time, they'll buy like five, six, maybe 10, 12
25 at a time, I've seen as much as 20 someone's bought going

Page 12

1  in -- they go to the grocery store and buy 20 bricks of
2  these book matches. They'll also go to your -- your
3  commercial warehouses like your Sam's Club, your Costco
4  and they'll buy the cases -- the cases of the book -- of
5  the book matches too. And we see them buying four, five,
6  six, up to 10 cases in one purchase from these stores. So
7  -- and then someone, I don't know who does this, but
8  someone goes through the tedious job of going through
9  these thousands of matchbook striker -- or, matchbook
10 covers and cutting away the striker plates on each one of
11 these strikes. I mean, that's a boring job, but someone
12 does it. At every -- it's just about every one of thee
13 labs I commonly see striker plates cut away from matchbook
14 covers, and I see thousands of matchbook striker -- or,
15 excuse me, thousands of matchbook covers and match heads
16 discarded. They don't want the match heads, they don't
17 want the matches, they don't want the tips of the matches,
18 they don't care about that. They're just trying to get
19 the striker plates. So they cut these striker plates away
20 and then they go buy isopropyl alcohol. Now, you guys are
21 familiar with isopropyl alcohol, basically a common
22 household product. What they'll do with isopropyl alcohol
23 is -- or, the matchbook striker plates is they'll take
24 hundreds of these striker plates and just start putting
25 them into the isopropyl alcohol. So you'll see a bottle

Page 13

1  of isopropyl alcohol that has hundreds and hundreds of
2  matchbook striker plates in there that have been cut away.
3  Well, they're doing that because isopropyl alcohol will
4  help dissolve the red phosphorus off the paper portion of
5  the striker plate and it'll dissolve to the bottom portion
6  of the container. After that sits for a while you'll have
7  a nice layer of red sludge in the bottom of the isopropyl
8  alcohol and that's red phosphorus. And again, isopropyl
9  alcohol is easy to evaporate, right? So they'll take that
10 through a straining system, and that straining system will
11 -- it'll discard all the crap they don't want and you'll
12 have this nice layer of red sludge which will eventually
13 dry out to be red phosphorus. So now we've got -- let's
14 go back. We've got your ephedrine, we've got your iodine,
15 and we've got your red phosphorus. They'll mix the
16 ephedrine, they'll mix the iodine and the red phosphorus
17 together in -- usually inside a Erlenmeyer flask. An
18 Erlenmeyer flask, or another type of glass container like
19 a Mason jar, to withstand the type of heat needed to
20 chemically alter this -- this product. And that starts
21 the chemical alteration of the ephedrine, and it -- I
22 don't know to what -- I don't have a formula in front of
23 me to tell you to what -- how -- how hot it needs to get,
24 it's pretty much irrelevant, but it does -- it is applied
25 to heat and with these chemicals stirred together, I

## Page 14

1  believe again with water -- and they use -- they'll use
2  stir sticks, sometimes they use like the small pongee
3  sticks or they'll take -- they'll take things of tinfoil
4  and wrap them up and they make stir sticks with them, and
5  they're stirring up their -- they're stirring up their
6  mixture. So after you get the -- after -- after these
7  chemicals mix together it produces such hazardous gases
8  like phosphene gas, which will kill you. Phosphene gas ia
9  a result of this iodine and the red phosphorus being mixed
10 together, produces a very noxious and toxic gas. After
11 they're done with that they're left with a really nasty
12 looking solution, but they know that it's basically -- you
13 come out -- it's called meth oil -- or, we call it meth
14 oil, I don't know what the exact -- the exact chemical
15 term is, but after it goes through this chemical process
16 there's meth inside this -- this liquid sludge that they
17 have created after trying to chemically alter the
18 ephedrine through red phosphorus and -- and iodine. So
19 they have to figure out how do you get this meth out of
20 this nasty crap that I can't use otherwise. So it goes
21 through another process. Well, this process is --
22 generally they use hydrogen chloride gas, or an HCl gas,
23 and it has to go through a gasing off process. So they'll
24 take muriatic acid, they'll take aluminum foil, some rock
25 salt to put inside -- they'll take their solution that

## Page 15

1  they have that they need to get the meth out and it goes
2  through a push/pull type of system, and I've got some
3  photos to help you guys get a visual of this here in a
4  minute. Typically these HCl gas generators are
5  constructed out of either a sport drink bottle that has a
6  tube going from it, then another tube going to either a
7  balloon to help catch the noxious gas. It's a push/pull
8  system, really almost inventive. I hate to give them some
9  credit, but it is almost inventive. Some credit. So
10 what's happening is this HCl gas is going into the
11 solution, the solution is in -- it's getting pressurized
12 with HCl gas, the solution will then -- the solution will
13 then be pushed out to the hydrochloric gas. Hydrochloric
14 gas, mind you, is also a very dangerous gas, it can kill
15 you too. And that's why they try to trap it in balloons
16 often when they do it inside an enclosed space. If they
17 do it outside they want to stand away from it as much as
18 possible, or they'll use air purifying respirators when
19 they're trying to cook it. Sometimes. Anyways, once it
20 goes through this gasing off process, that's when it comes
21 out to their final product of meth. The reason why --
22 aside from the meth itself, which is probably one of the
23 most highly addictive drugs that I can -- I can think of
24 that's out there, aside from all this, it creates a lot of
25 waste. I mean, I've told you about your -- your

## Page 16

1  matchbooks that -- that they go through, all these
2  dangerous chemicals that they're putting into this -- to
3  this system to manufacture meth. There's pounds and
4  pounds and pounds of by-product that go after a single
5  like five- or six-gram reaction. When I say a five- or
6  six-gram reaction, that's how much meth they're getting
7  out of -- out of all that work they're only getting five
8  or six grams of meth. That's why a lot of times when we
9  see these meth labs we hardly find any product at the end
10 of this, final product, which is meth, at the end of these
11 -- when we -- when we bust meth labs previously. Every
12 once in a while we'll find some product, but generally
13 it's -- because they're using it up and they just keep
14 making it to help support their habit. Want to start
15 passing around some photos?
16 Q  Sure.
17 A  Okay. Did anyone have any questions regarding that? I
18    try to give you a general overall of meth and hopefully
19    these photos will help you understand to a certain degree.
20    I'm sorry, you want to -- do you have.....
21 Q  I don't want to pass out the photos until.....
22 A  Okay.
23 Q  .....I get into the case.
24 A  Okay.
25 Q  But just before we get into this Mark Graham and Eric

## Page 17

1     Ostensen case, under the law -- the statutes make it
2     illegal to possess methamphetamine, statutes make it
3     illegal to manufacture methamphetamine, and it's also a
4     crime to possess the precursor materials?
5  A  Correct.
6  Q  And before we get into the case.....
7  A  Uh-huh (affirmative).
8  Q  .....what are the precursor materials?
9  A  Well, the precursors that I've listed to you previously
10    when I was going through the process here. Your precursor
11    -- precursors are iodine, red phosphorus, acetone --
12    acetone is one of the chemicals they use as well. And
13    ephedrine can be called either a precursor or a listed
14    chemical. Did you ask me what precursor or listed
15    chemical were?
16 Q  Precursor.
17 A  I'm sorry. Precursor. The only precursor -- I'm sorry, I
18    was thinking listed chemical. The precursor listed that
19    we found on the property was ephedrine. And that is the
20    primary precursor. I -- I'm sorry, I had your question
21    mixed up. My listed chemicals on the property were --
22    listed chemicals -- ephedrine can fall under either
23    precursor and/or listed chemical or both. The rest of the
24    listed chemicals on the property are ephedrine -- or,
25    excuse me, iodine, red phosphorus and acetone, which we

Case Nos. 3PA-S05-2880/2881 CR   Condenselt!   State v. GRAHAM/OSTENSEN

Case 3:06-cr-00020-JKS   Document 26-4   Filed 03/23/2006   Page 7 of 16

Page 18

1 also found on the property. I don't think we found any
2 toluene. But those are the three other listed chemicals I
3 found aside from -- aside from ephedrine.
4     MR. BURGLIN: Okay, I'm going to break there -- not take a
5 break, but I'm going to break you off right there because what
6 Investigator Ingram has been explaining up to this point will be
7 relied on in the subsequent cases. Having said that, I'm going
8 to go ahead and get into the first case, it's State of Alaska
9 versus Mark M. Graham and Eric Ostensen, co-defendants. It is a
10 proposed five-count indictment. I'm not going to read verbatim
11 each of the counts, but Counts I, II and III are all MICS two
12 counts, misconduct involving a controlled substance in the
13 second degree. And Counts -- Count IV is misconduct involving
14 weapons in the second degree, and Count V is fourth degree
15 misconduct involving a controlled substance.
16     (District Attorney reads indictment)
17     MR. BURGLIN: Count III, same date, same time, same co-
18 defendants as principal or accomplice possessed listed chemicals
19 with the intent to manufacture, another Class A felony offense.
20 Count IV is a charge for knowingly possessing a firearm during
21 the commission of offense -- of an offense under AS 11.71.010 to
22 040, which are your drug statutes. And Count V is same date,
23 same co-defendants as principal or accomplice, knowingly kept or
24 maintained in this case a dwelling or structure that was used
25 for keeping or distributing controlled substances.

Page 19

1 Those are the proposed counts, and I'm going to give a
2 short summary of what I expect the testimony is going to be.
3 Which means you'll need to wait outside.
4 A   Okay.
5     MR. BURGLIN: Okay.
6 A   Thank you.
7     MR. BURGLIN: Okay, State v. Graham and Ostensen, short
8 summary. Keep in mind that what I say is not evidence, the only
9 evidence for you to consider is going to be the testimony of
10 Investigator Mike Ingram. This case arose on October 19th of
11 this year, approximately 10:00 o'clock in the morning. The Mat-
12 Su narcotics unit responded to a residence at 5005 Bodenburg
13 Loop in the Butte area. They had a search warrant and they had
14 information about a clandestine methamphetamine lab. What they
15 found at the residence was an active meth lab. You're going to
16 hear testimony about the listed chemicals that were found, the
17 volume of the chemicals, the precursors, acetone, ephedrine,
18 iodine, you're going to see some photographs, there was lighter
19 fluid, peroxide, everything you need to make meth. You're going
20 to hear about some bowls containing the dark red sludges that
21 Investigator Ingram talked about. And you're also going to hear
22 testimony about thousands of match heads, matchbook covers,
23 striker plates that had been removed, and they even found about
24 a gram's worth of actual product.
25     There were also three pistols that were found inside the

Page 20

1 home, one of which was loaded. The two individuals -- the
2 defendant Graham, Mark Graham, did make some statements to
3 Investigator Ingram. Mr. Ostensen did not make any statements.
4 Graham admitted that he knew about the meth lab inside the co-
5 defendant's house, acknowledged that some of his prints may be
6 found on the meth-related items as he often moves the items
7 around in the house and washes dishes in the house, but he,
8 Graham, claimed he did not have any direct involvement with the
9 meth lab itself. So that's what I expect the testimony is going
10 to be. Any questions before I bring the investigator back in?
11     UNIDENTIFIED JUROR: They both lived in the house
12 together? It was their home?
13     MR. BURGLIN: The residence belonged to one of the co-
14 defendants, you'll -- you should ask that question of the
15 investigator.
16     UNIDENTIFIED JUROR: Okay.
17     MR. BURGLIN: Okay.
18     UNIDENTIFIED JUROR: Is this 2881? S-O -- I apologize, I
19 don't know.....
20     MR. BURGLIN: This is actually.....
21     UNIDENTIFIED JUROR: For -- for Graham and Ostensen?
22     MR. BURGLIN: 3PA-5 -- 3PA-S05-2880 and 2881.
23     UNIDENTIFIED JUROR: So they're separate?
24     MR. BURGLIN: They actually have separate case numbers.
25     UNIDENTIFIED JUROR: Okay, thank you.

Page 21

1     MR. BURGLIN: But one indictment, co-defendants. And if
2 need be I can read you the principal -- or, the accomplice
3 liability instruction.
4     UNIDENTIFIED JUROR: I'm not sure if we need that.
5     MR. BURGLIN: Okay.
6     UNIDENTIFIED JUROR: Thank you.
7     MR. BURGLIN: He was sworn, right?
8     FOREPERSON: Yes.
9     UNIDENTIFIED JUROR: Yes.
10          MIKE INGRAM,
11 previously sworn, called as a witness, testified as follows on:
12       DIRECT EXAMINATION CONTINUED
13     THE CLERK: Just state your full name for the record and
14 spell your last name.
15 A   Sure, it's Mike Ingram, I-N-G-R-A-M.
16 BY MR. BURGLIN:
17 Q   Investigator Ingram, on October 19th of '05 did you
18     respond with other members of the Mat-Su narcotics unit to
19     a residence at 5005 Bodenburg Loop?
20 A   I did.
21 Q   And that's in the Butte area?
22 A   Yes, it is.
23 Q   And did you have a search warrant in your possession?
24 A   I did.
25 Q   And you were looking for meth lab.....

## Page 22

1 A  Yes, I was.
2 Q  .....right? And who else responded with you?
3 A  Myself, Investigator Shelton, Trooper Baker and members of
4     the SERT team.
5 Q  Okay, and did you find what you were looking for?
6 A  I did.
7 Q  And whose residence did you understand that to be?
8 A  Eric Ostensen's residence.
9 Q  Was he the owner of record or.....
10 A  He was.....
11 Q  .....just a tenant?
12 A  He was the tenant of the -- of the residence itself.
13 Q  And who was present in the residence when you responded?
14 A  Mark Graham.
15 Q  And did you know these individuals?
16 A  Personally -- on a personal level, no.
17 Q  I mean, did you expect to find them at the residence?
18 A  I expected to find Mr. Ostensen. Mr. Graham I did not
19     expect to find.
20 Q  Okay, and probably the easiest way to tell the grand jury
21     what was found inside the residence to use your
22     photographs. And I've marked these photographs as Grand
23     Jury Exhibits 1 through 14 for identification and you've
24     seen those before, I believe?
25 A  Yes, I have.

## Page 23

1 Q  And you've looked at those photos?
2 A  Yes, I have.
3 Q  And do Grand Jury Exhibits 1 through 14, do those photos
4     fairly and accurately depict what you found at the
5     residence at 5005 Bodenburg Loop?
6 A  I would say they give a very fair description of what was
7     found at the property.
8 Q  All right, and I think, to speed things along, what I'll
9     do is just have you give a brief description.....
10 A  Okay.
11 Q  .....of Exhibit 1 and then go ahead and publish after
12    you've talked about it and.....
13 A  Okay.
14 Q  .....move right along.
15 A  What these photos, I put -- I had a lot of photos, so I
16    put them all -- I put two photos to each page, one, to
17    help save my printer, and, two, there's just so much to
18    look at so I figured this would help. On Exhibit Number
19    1, the top photo is a photo of the kitchen countertop
20    inside Mr. Ostensen's residence. These are some items
21    that were pulled down from the cabinets as we were
22    documenting what was found inside the residence. Cans
23    of -- bottles of IsoHeet and Heet, paint thinners,
24    hydrogen peroxide, there's a scale on the bottom right-
25    hand corner that had trace amounts of red -- red

## Page 24

1  phosphorus in it. And the bottom photo of Exhibit Number
2  1 is a picture of an Erlenmeyer flask which we found
3  sitting on top of the refrigerator inside a red -- oh,
4  like a sandwich -- like a sandwich -- what do you call it?
5  Something you would take to like -- like a cooler for work
6  so you can take your lunch with you. Had the name Airdick
7  (ph) on it, and Airdick was Eric Ostensen's nickname, and
8  he also confirmed that was his nickname, too. So I'll
9  pass that around. Exhibit Number 2, there's a photo of --
10 the top photo is a photo of a -- a gram-size -- gram-size
11 packaging material commonly used for the sale and
12 distribution of illicit narcotics, it's pink in color.
13 Next to that is a syringe and a tin that had a syringe cap
14 inside of it. These items were pulled off of Mr. Ostensen
15 by the SERT team -- SERT team is basically the SWAT team
16 -- when they made entry inside the residence. They're
17 sitting on the shelf so no one would step on it and stuff.
18 So we -- we put it on the shelf, but these items were
19 taken out off his person -- taken off his person when they
20 made entry. The -- the picture below that is a picture of
21 a coffee grinder that has a white powdery substance on the
22 top and they drew a little smiley face on it. We field-
23 tested the white powdery substance in this coffee grinder
24 which field-tested positive for ephedrine. Exhibit Number
25 3, the top photo in Exhibit Number 3 is -- you can

## Page 25

1  actually see three containers there. One is a large
2  gallon juice container, like an apple juice container,
3  that has a -- I think that has a tri -- tri-phase liquid
4  inside there. Next to that is a gallon-size glass jug
5  container that has a bi-phase liquid. And then the third
6  jar next to that is a -- looks like a pickle jar, but it
7  doesn't have pickles in it, it's got a clear liquid that
8  has coffee filters suspended inside the clear liquid.
9  Unknown exactly what these -- what was inside these
10 liquids here, but samples were taken of this and were sent
11 to the crime lab, but I can tell you through my training
12 and experience that I know the blue liquid sitting inside
13 the middle jar -- and you'll see the picture coming
14 through -- is Coleman fuel. That is Coleman fuel. And
15 what I believe they're doing with the coffee filters
16 inside the glass jar next to that, they're trying to
17 extract more ephedrine from the pill binder there. So
18 they're just trying to get more bang for their buck.
19 That's what I believe is going on there. The bottom half
20 picture in Exhibit Number 3 is a drawer to a dresser found
21 inside Eric Ostensen's bedroom. Now, in that drawer is a
22 357 Smith & Wesson revolver, and next to that is an iodine
23 separatory funnel which is used in the meth manufacturing
24 process. So the pistol and the separatory funnel that is
25 iodine staining on it, which no other reason I can believe

## Page 26

1     to have on it except to be used in the meth manufacturing
2     process, is sitting right next to the gun inside Mr.
3     Ostensen's bedroom. So I'll pass that around.
4 Q  Which exhibit was that?
5 A  This is Number 3.
6 Q  Okay.
7 A  I'm sorry, thank you. Number 4, just a large mountain of
8     boxes of Sudafed or Suphedrin or Sudafed -- or, what do
9     you call it -- yeah, pseudoephedrine, and there are
10    various brands and types, generic to -- to brand name
11    products, and you can see a large mountain of Sudafed,
12    just to shows you -- just show you -- it shows you the
13    amount of ephedrine that they were using at this lab, and
14    maybe the extent, meaning over time how long they had
15    possibly been cooking here. Below that photo is another
16    iodine separatory funnel, maybe some sort of kind of
17    reaction vessel. Again, it's iodine stained. And at the
18    end of the tubing it's wrapped off with black electrical
19    tape which we commonly see, and there's a coffee filter at
20    the end there that is also red stained, stained as iodine.
21    And again, I only see these at meth labs.
22 Q  Okay, and you're publishing Exhibit 4?
23 A  4. Exhibit Number 5, I was trying to explain to you
24    hydrochloric gas generator, or an HCl gas generator. The
25    top photo on Item Number 5 is a beautiful description of

## Page 27

1    an HCl gas generator. You'll see that they take a
2    makeshift bottle, and that's what helps produce the gas,
3    you'll see the tubes coming out the top. Taped next to
4    that is a -- a Heet bottle, so you'll see the -- you can
5    almost picture the push/pull system of the different gases
6    going into different containers, and that's -- this is a
7    great depiction of it, and this is Exhibit 5. Below --
8    the bottom half of that picture, you'll see three
9    containers -- actually four containers that have this red
10   sludge I was trying to describe to you as them trying to
11   create red phosphorus. And we actually found three of
12   these containers inside the freezer. They're trying to
13   reduce it so it can be -- be used as powder red
14   phosphorus. Again it has a dark red sludge inside these
15   containers.
16 Q  That was Exhibit?
17 A  That was Exhibit 5.
18 Q  Okay.
19 A  Exhibit 6, we laid out the pseudoephedrine boxes on a
20   table, we were actually gathering the -- the -- for what
21   we -- we actually took the Sudafed boxes out, put them on
22   a table, counted up the milligrams, and up to a certain
23   point I know we were up to 137 boxes, but I think at the
24   end of the day we actually wound up with over 150. But
25   just based upon the 137 boxes of Sudafed tablets that we

## Page 28

1    found, there was a total of -- and I'm referring to my
2    report here, some notes I have in my report. There was a
3    total -- the total milligrams equaled -- based upon 137
4    boxes of Sudafed that we had found thus far when taking
5    these photos, the total milligrams equaled to 234,480
6    milligrams, or 24 -- 234.48 grams. So -- and speaking in
7    grams, that's 234.48 grams of ephedrine which they can
8    convert into methamphetamine. So that's a lot of --
9    that's a lot of stuff. Below the separated portion of
10   Sudafed was a -- just shows more listed chemical here,
11   your cans of acetone, and again you can see they have
12   several types of acetone in different types of containers.
13   Just to show that they have listed chemical here as well.
14 Q  And that was Exhibit number?
15 A  6. Exhibit Number 7, kind of an overall -- when I say
16   kind of an overall picture of what was taken out of his
17   house regarding all the meth-related items, there was so
18   much stuff at this house we -- we got fatigued in taking
19   all the stuff out of the garbage bags, so we got the
20   majority of items found at this house onto two tarps, and
21   this is an overall photo of the main stuff that was found.
22   But there was still stuff in garbage bags on the property
23   that still had more meth-related items. Below that --
24   below that photo is another photo of the blister packs
25   belonging to the Sudafed boxes, just to show extraction of

## Page 29

1    the Sudafed pills itself. And that was Item Number 7.
2    Grand Jury Exhibit Number 8, you may see the -- some of
3    these may be a little redundant, I apologize for that.
4    But the -- you'll see the tubs of the -- the tubs of the
5    red -- the red liquid, the dark red liquid in there, and
6    the coffee pot tilted upside-down and you can see the --
7    the red phosphorus on the bottom of the coffee pot. Told
8    you I found it in the freezer, here's an actual photo of
9    it where I found it in the freezer. Below that is a small
10   derringer-style type pistol. The derringer-style type
11   pistol is not a toy, it is -- it's actually a real gun. I
12   believe it was a .25 caliber, and that was sitting on top
13   of the refrigerator inside of a green pouch, and inside
14   the green pouch, which you cannot see in this photo, I
15   believe there -- there was a syringe as well.
16   UNIDENTIFIED JUROR: Number.
17 A  Number -- I'm sorry, thank you, that was Number 8. This
18   will be Grand Jury Exhibit Number 9. On the top photo of
19   Number 9 you'll see a coffee filter. Inside the coffee
20   filter is about three to four grams of processed raw red
21   -- red phosphorus, so it's gone through all the extraction
22   process, it's been -- it's crystallized into a powder form
23   and you can see the final result, and that's what they
24   need to -- to make the meth, to pour it in with the iodine
25   to transform -- to chemically transform the ephedrine.

Page 30

1  Below that are two bags that were -- were -- that's just
2  some of the waste that was found there, and it's a bag of
3  matchbook striker plates -- or, match heads and boxes that
4  the -- that the matches had -- had came in. And this was
5  found inside the house. And that's Number 9. Thank you.
6  Exhibit Number 10, again just another overall photo from a
7  different angle of what was found on location, and again
8  in this photo you can see -- further in the background you
9  can see the trash that there was just so much stuff there
10 we couldn't just go through all of it. And below -- the
11 picture blow that in Item 10 are iodine-stained gloves, so
12 they've gotten smart to help lower their detection level
13 in using rubber gloves. You can see that they're iodine-
14 stained. And that was Number 10. Number -- Number 11 was
15 pretty interesting for me. Going through the items inside
16 the residence they had a back room just full of trash, and
17 this is all -- most of the trash in this back room was all
18 meth-related. Well, there was a toolbox, large toolbox, a
19 plastic toolbox. I opened it up, it was just full of
20 empty hydrogen peroxide bottles. And I -- I was
21 describing to you how they make the iodine -- or, they get
22 the iodine from tincture of iodine. Well, this is -- you
23 can clearly see they've been doing this a while. Here's
24 their hydrogen peroxide bottles, just numerous, numerous
25 amounts, different sized containers of hydrogen peroxide.

Page 31

1  And next to that in that -- in that toolbox you can also
2  see several containers of Red Devil Lye. Red Devil lye is
3  a caustic. When they manufacture meth it produces a
4  volatile reaction, they use the Red Devil lye to help calm
5  or tame the reactions to bring the pH level up or down,
6  whatever they need to equal it out so they don't blow
7  themselves up.
8  Q  Which number is that?
9  A  This is numbered 11.
10 Q  Okay, I have a question. Is it common that you see in
11    these whole meth lab cases why -- why don't people throw
12    out their garbage periodically?
13 A  I wish I can answer that.
14 Q  I mean, why would you accumulate all these empty hydrogen
15    peroxide.....
16 A  The only.....
17 Q  .....bottles?
18 A  The only reason -- and I'll try -- this is speculation on
19    my end, but he asked me -- did everyone hear his question?
20    Why doesn't he throw out their trash? Meth produces a
21    highly -- a high level of paranoia. So in Alaska there's
22    only a few places, unless you just dump it out in the
23    woods, but then you only have X amount of roads, if you
24    dump your trash out in the woods, you know, a high chance
25    of someone finding it. If you take it to the dump, they

Page 32

1  think that people at the dump are watching all the trash
2  that's being dumped out in the dump. You put it in your
3  own garbage, they think the cops are going to come by and
4  pick up your trash from the curb. So here they are,
5  they'll dump the chemicals on their own property, they'll
6  store this trash in their -- in their own house, and just
7  becomes a big mess pile. Now, there's been a few labs
8  I've been to where, boy, I would've never known that there
9  was a lab. Now, some people, they just were able to get
10 over the paranoia and get rid of their trash to some
11 degree. But there's always some way, somehow, some way --
12 something that's going to -- they think something's going
13 to link them back to their lab at their house, because
14 they figure if they keep it on their own property,
15 that.....
16 Q  They don't want to arouse suspicion?
17 A  Yeah, they try to -- they try to succumb suspicion there.
18 Q  Okay.
19 A  I'll just -- does that answer your question?
20 Q  Yes.
21 A  Okay. Below the hydrogen peroxide bottles you'll see a --
22    that's what we call a NIK kit, it's a field test kit.
23    Below the field test kit you'll see the pink baggie that I
24    was described to you was found in Mr. Ostensen's pocket,
25    had a trace amount of -- of white powdery substance which

Page 33

1  field tested positive for methamphetamine. Well, our test
2  kit shows that it field tested positive for
3  methamphetamine. And then this was Number 11, and that
4  was the bottom half of that photo. 12's pretty cut and
5  dry, it just shows numerous boxes of tincture of -- or,
6  bottles of tincture of iodine and the -- and the other
7  iodine that you can get from veterinary clinics. And that
8  was Number 12. Just shows the various sizes and types of
9  iodine that they use. Number 13 is a picture -- or, a
10 photo of the revolver outside of the -- the holster that
11 was found inside the drawer of Mr. Ostensen's bedroom,
12 just shows you exactly what type of gun it was. Below
13 that is just another photo of the gallon-size juice
14 container that has the bi- or tri-phase liquid. It's hard
15 to tell exactly how many layers, but you can see at least
16 two different layers really good in this photo on this --
17 on this unknown liquid. Again, aside from having a salad
18 at my house with vinegar and -- and water, I don't ever
19 seen this mixture anywhere else except for at -- except
20 for at meth labs. And I'm certainly not having a salad
21 with a juice container that has a bi-phase liquid next to
22 it. So I'll pass that around. And that was, I'm sorry,
23 Number 13. Number 14 is just another -- oh, this pistol,
24 this was a semiautomatic pistol found on top of the
25 refrigerator, easy -- easily -- excuse me. Easily

## Page 34

1  accessible to any -- any adult occupant inside the
2  residence. The refrigerator's not very tall and that was
3  one of the first things I noticed when I went inside the
4  house is the pistol sitting on top of the refrigerator to
5  the kitchen. So we found a total of three firearms. I'm
6  not sure if the derringer was operational or not, if it
7  was a broken -- and that was Item Number 14. I'm not sure
8  if the derringer was operational, but nonetheless I did
9  find a round with it and I did find that gun, so besides
10 the derringer there was two other pistols, which is the
11 revolver and the semiautomatic pistol.
12 Q  Okay, I'm not handing you what's been marked for
13   identification as Grand Jury Exhibits 15, 16, and 17, and
14   you've seen those.....
15 A  Yes.
16 Q  .....exhibits?
17 A  Yes, I have.
18 Q  Those are copies of receipts?
19 A  Yes, amongst the items that you're seeing on the photos we
20   also found numerous receipts inside the residence. These
21   receipts come from Wal-Mart, Safeway, Sam's Club, Carrs,
22   Fred Meyer, Six -- Six Robblees' -- or, excuse me, but
23   this is an -- Item Number 15, Exhibit Item 15, these are
24   receipts from Wal-Mart, Safeway, Sam's Club and Carrs. I
25   went through it with a highlighter and I highlighted the

## Page 35

1  items on here that I knew to be meth-related. On the Wal-
2  Mart receipt you'll highlighted two boxes of Sudafed.
3  Safeway receipt you'll see a box of Sudafed was purchased.
4  Fred Meyer, another two boxes of Sudafed were purchased.
5  Bottle of rubbing alcohol was purchased from Carrs. Sam's
6  Club, four boxes -- or, four cases of book matches, and a
7  item of coffee filters, I believe that -- I believe they
8  come in 700-count at -- at Fred -- at Sam's Club. And
9  that Wal-Mart, he also -- there was another purchase of
10 three -- three bricks of book matches -- or, yeah. Yeah,
11 three -- three bricks of -- three bricks of matchbooks.
12 And that was Number 15.
13 Q  Okay, Grand Jury Exhibits 15, 16 and 17, do those appear
14   to you to be true and correct copies of receipts that were
15   found inside the residence?
16 A  Yes, they do. I made them myself.
17 Q  Go ahead and continue. You're on 16 now?
18 A  I'm on 16 now,
19 Q  You've highlighted some other entries on the receipts?
20 A  On 16?
21 Q  Yes.
22 A  Yes. Again, 16 -- Grand Jury Exhibit Number 16, receipts
23   from Fred Meyers and Wal-Mart. Again I've also
24   highlighted items that I knew to be consistent with the
25   meth manufacturing process. Purchases of Red Devil lye, a

## Page 36

1  Pyrex plate, Sudafed Plus, Coleman fuel and, yeah, another
2  one that's marked Sudafed here from Fred Meyers. And
3  these -- I didn't look at the previous one -- the Exhibit
4  Number 16, but I'm looking at the dates when these -- when
5  this stuff was purchased. This was purchased, Fred Meyer
6  with this Red Devil lye, 10/13 of '05. Wal-Mart, 10/13 of
7  '05, so he got a Pyrex dish, Red Devil lye. Sudafed from
8  Fred Meyer, 9/30 of '05. This other Fred Meyer one with
9  the Coleman fuel and Sudafed, 10/8 of '05. So what you
10 can see is they're going from one store, one store, one
11 store to the next trying to lower their suspicion level as
12 much as possible. And they -- I don't know about -- I'd
13 have to look at Exhibit Number 15 to give you the dates,
14 but maybe you can look at that on its way through here.
15 Exhibit Number 17, two more receipts, one was from a hobby
16 shop called Six Robblees' where they purchased a container
17 of Brakleen and industrial strength latex gloves, which I
18 also found at the residence. From Fred Meyers on 10/10 of
19 2005 they bought another box of Sudafed. Those are
20 receipts that I found at the house.
21 Q  Okay, I want to move to statements made by Mr. Graham.
22 A  Yes, sir.
23 Q  You had a conversation with him?
24 A  I did. Can I refer to my notes, sir?
25 Q  Sure.

## Page 37

1 A  Thank you.
2 Q  Was Mr. Graham asked about his involvement in
3   manufacturing meth at the residence -- residence?
4 A  He was.
5 Q  What statements did he make, if any?
6 A  Well, he told me he had been staying at Mr. Ostensen's
7   house -- Mr. Graham told me he'd been staying at Mr.
8   Ostensen's house for the past two nights to get away from
9   his wife. He told me he knew there was a meth lab at Mr.
10  Ostensen's house. He says -- I asked him would there be
11  -- would I find any of his fingerprints on the meth-
12  related items inside the house, and he responded if you do
13  it's because I help do dishes. That -- then I told him
14  I'll be pulling prints off matchbook striker plates,
15  pseudoephedrine boxes, cans of toluene, Coleman fuel, Heet
16  bottles, et cetera, I asked him, and he says -- and I said
17  -- and I asked him, are you going to find -- am I going to
18  find any of your prints on those items. And he says,
19  well, if you do, it's because -- and I'm quoting -- it's
20  because I move shit around. I'd go to throw it out,
21  garbage, whatever, that's it. So he told me if I find his
22  prints it's going to be because he moved stuff around in
23  the house.
24 Q  And did Mr. Graham deny have any direct involvement with a
25   meth lab or manufacturing of methamphetamine?

## Page 38

1  A  Yes, he did deny.
2  Q  And Mr. Ostensen made no statements, correct?
3  A  That's correct.
4  Q  Okay, I've got a few summary questions. In terms of your
5     experience how would you characterize the size of this lab
6     inside the residence at Bodenburg?
7  A  To my training and experience, being in the amount of meth
8     labs that I've been to here in the Mat-Su Valley, this is
9     a much larger lab than I've been to in previous times. I
10    think I've only been to one lab that either matched this
11    or was a little bit bigger. And due to the size of the
12    Sudafed boxes we found there, that's probably the most
13    amount of Sudafed I've found -- I've found at a single lab
14    yet. So the ephedrine count was real high, so I would say
15    that this is a pretty -- pretty -- pretty intensive active
16    lab at the residence.
17 Q  And just so we're clear, Exhibits 1 through 17, the photos
18    and the receipts, those are -- they depict items that were
19    all found inside the residence on Bodenburg?
20 A  Yes, sir.
21 Q  Including the guns were.....
22 A  Yes.
23 Q  .....found inside?
24 A  Yes, sir.
25 Q  Based on your training and experience did it appear to

## Page 39

1     you that one or more individuals -- was there any doubt in
2     your mind that one or more individuals had been
3     manufacturing methamphetamine.....
4  A  There was.....
5  Q  .....in the residence?
6  A  There was no doubt in my mind.
7  Q  And you found actual product?
8  A  Yes.
9  Q  And you field tested it?
10 A  Yes.
11 Q  And you found one or more precursors?
12 A  Yes.
13 Q  And did it appear to you that those precursors were
14    possessed with the intent to manufacture?
15 A  Yes, the ephedrine was definitely, yeah, with the intent
16    to manufacture.
17 Q  Okay.
18 A  So were the listed chemicals.
19    MR. BURGLIN: That's all the questions I have for
20 Investigator Ingram. Any questions from the grand jurors?
21 A  Please, I love questions.
22 BY UNIDENTIFIED JURORS:
23 Q  I'm not sure if it will apply or if I'm allowed to ask it,
24    we haven't gotten to the individual cases, but intent to
25    manufacture, then did you also find intent to sell,

## Page 40

1     obviously pertaining to bags, little -- I don't know.....
2     MR. BURGLIN: Packaging materials?
3     UNIDENTIFIED JUROR: Yeah.
4  Q  With -- did it seem obvious to you in your experience that
5     the intent wasn't just to use it for personal reasons but
6     also to sell it?
7  A  I can answer that. I did find empty bags used -- commonly
8     used in the sale and distribution of illicit narcotics,
9     and I did find two scales inside the house.
10 Q  Okay.
11 A  But it -- to my training and experience, I know that it
12    was for -- to some degree, to sell. To what -- to what
13    extent, I'm not sure. But I do know that there was
14    probably some sales going on, but we didn't find enough to
15    substantiate the charge on that.
16 Q  You say Mr. Graham knew that Mr. Ostesman (sic) was
17    involved in a meth lab operation?
18 A  I asked him -- I asked Mr. Graham, I said -- he tells me
19    he didn't really want to be at the house. I said -- he
20    says because of that. I said, well, what do you mean,
21    because of that. Well, because of the lab, he tells me.
22    So he knew that there was manufacturing going on.
23 Q  Did you just by happenchance ask him if he knew he was
24    involved in an illegal operation, Mr. Ostesman (sic) was
25    involved in an illegal operation, why didn't he remove

## Page 41

1     himself from the premises, that way he wouldn't be accused
2     as being an accomplice or anything?
3  A  I didn't ask him that direct -- that same question the way
4     that you put it, but I asked him a question very similar
5     to that, and he said, well, he didn't have any other place
6     to go. That's what Mr. Graham had told me. I said, come
7     on, Mr. Graham, he can't be your only friend out here, and
8     he actually refuted, well, in fact he is one of my only
9     friends out here. I got one -- one only other friend out
10    here in the -- in the Valley -- or, in Palmer. He didn't
11    feel like going over to that house either. So that's what
12    he told me.
13 Q  I just have one more question.
14 A  Uh-huh (affirmative).
15 Q  How did you find out about this meth lab operation?
16 A  I don't know if I can reveal.....
17    MR. BURGLIN: He -- they responded pursuant to a search
18 warrant.
19 A  Yeah.
20 Q  I just -- I was just curious how you find out about these
21    things.
22 A  I wish I could tell the public, but it seems like the
23    more.....
24 Q  Oh, I understand.
25 A  .....the more that we do tell our investigative efforts

Page 42

1    get strangled.
2 Q  I understand.
3 A  And we -- we just lose.....
4 Q  I -- I was just kind of curious if it was a tipper?
5 A  I really wish I could answer that question because it is
6    fascinating. It still fascinates me. But I can't -- I
7    can't get into that too much, I'm sorry.
8    MR. BURGLIN: Any other questions? Ma'am.
9 Q  When they're in the process of a cook.....
10 A  Yes, ma'am.
11 Q  .....it takes more than just a few minutes, right? It
12   takes hours or days?
13 A  Doing this process it'll take a couple hours.
14 Q  Okay.
15 BY MR. BURGLIN:
16 Q  From start to finish?
17 A  With this process? Well, it depends on if they have raw
18   product, if they have raw ephedrine, depends if they have
19   raw -- let's say they have all their raw ephedrine, all
20   their iodine, and all their red phosphorus all ready, gone
21   through those processes. If they were to just bring those
22   raw elements to the table it'd be a relatively fast
23   operation, start to finish. But the fact that they can't
24   just get these items in raw form, they have to create
25   their own raw elements to make the cook happen, that's

Page 43

1    what really takes a long time.
2 BY UNIDENTIFIED JUROR:
3 Q  My -- the point is Mr. Graham says he -- he didn't help
4    but that he just cleaned up. Was there any indication
5    that you could see that they'd been doing this while he
6    was there? I mean, anybody can say.....
7 A  No.
8 Q  .....he didn't -- you didn't help, but.....
9 A  Right, and can I say that right now? No, I can't. But I
10   can tell you we did lift prints and stuff like that that
11   we don't -- I don't have the answer to right now, they
12   were sent to the crime lab for further analysis.
13 Q  Yeah, well, from the pictures it didn't look like anybody
14   did dishes, but that's my opinion.
15   MR. BURGLIN: I understand your question.
16 BY MR. BURGLIN:
17 Q  Assuming Graham made a statement that he was only there
18   two days.
19 A  Correct.
20 Q  I think her question is was there any evidence that you
21   saw that would have led you to believe there had been some
22   cooking activity or manufacturing activity that took place
23   in the -- the last -- the preceding two days?
24 A  Oh, absolutely. Absolutely.
25   UNIDENTIFIED JUROR: That's -- thank you.

Page 44

1 A  Thank you, I'm glad you verified it. When we hit the door
2    I was overpowered by a very strong chemical odor, which I
3    know through my training and experience either there's an
4    active cook going on or they had just done an active cook.
5    And in fact when we came into the house one of the burners
6    on the stove was still on and I certainly didn't smell
7    brownies inside the house. There was a container of a
8    two-stage liquid sitting behind this -- this burner. I'm
9    not saying that that was on the burner, but I'm just
10   telling you what we saw. So the chemical odors was very
11   strong, and even guys who had never been in a meth lab
12   before, I was -- meaning the -- my SERT team and my
13   officers with me. some of those officers had complained of
14   tearing eyes and burning throats as well. And if there's
15   a lab that has not been active for even a few days you
16   generally won't have that. That's something that's been
17   pretty active. That was very apparent when we -- when we
18   arrived on scene.
19   MR. BURGLIN: Any other questions? Okay. Thank you.
20 A  Thank you. Thank you very much.
21   MR. BURGLIN: Wait outside. You'll be back anyway, right?
22 A  Later, yes, sir.
23   MR. BURGLIN: Okay, sir.
24 A  Thank you.
25   MR. BURGLIN: Okay, thank you. All right, one instruction

Page 45

1 I'm going to read into the record is the accomplice liability
2 instruction. Under the law a person can be held criminally
3 liable whether he has acted as a principal or an accomplice.
4 However, in order to be held liable as an accomplice there are
5 certain requirements.
6    The accomplice liability instruction reads as follows: A
7 person who in some manner knowingly and with criminal intent
8 aids, abets, assists or participates in a criminal act is an
9 accomplice. An accomplice is legally responsible for the
10 criminal act. A person need not commit every element of the
11 offense in order to be guilty as an accomplice; however it is
12 necessary that the person in some way associate with the
13 venture, that the person participate in it, or it is something
14 that he or she wishes to bring about, and that the person seek
15 by his or her actions to make it succeed.
16    Prior knowledge that a crime is about to be committed and
17 concealment of that knowledge alone do not make one criminally
18 liable as an accomplice. Furthermore, once a crime has been
19 committed concealment of one's knowledge of the crime does not
20 make one an accomplice. Finally, mere presence at the scene of
21 the crime is not in itself enough to make one an accomplice.
22    Aid and abet means to help, assist or facilitate the
23 commission of a crime, promote the accomplishment thereof, help
24 in advancing or bringing it about, or inducing, counseling or
25 inciting as to its commission.

### Page 46

1  A lot of words, but what it means is mere presence along
2  is not enough to hold somebody accountable as an accomplice.
3  You would have to conclude -- in order to return true bill on
4  any of the counts as to Mr. Graham you would have to conclude
5  that based on this testimony he participated in some fashion.
6    Now, although you may not hear direct evidence of his
7  participation and specifically what he did because there wasn't
8  a witness inside the residence that spoke to what either one of
9  them did specifically, you heard testimony about everything was
10  there for a meth lab, that there was very recent activity, but
11  since there wasn't a witness inside the residence you didn't
12  hear testimony about who did what specifically. However, you
13  are entitled to draw reasonable and rational inferences from the
14  other evidence that you heard.
15    UNIDENTIFIED JUROR: Regarding probability, in other
16  words?
17    MR. BURGLIN: Well, I don't want to use the word
18  probability, I just want to make it clear that you are -- you
19  are permitted to draw logical inferences from the other evidence
20  that you heard. Not to be -- not to make light of the
21  situation, but, for example, if somebody stays at your residence
22  for two days, a logical and rational inference might be that he
23  or she would use the bathroom, right? Even though there wasn't
24  a witness that ever saw you use the bathroom, if you never left
25  the house the likelihood is you probably used the bathroom,

### Page 47

1  right?
2    UNIDENTIFIED JUROR: Uh-huh (affirmative).
3    MR. BURGLIN: Okay. I don't know if that helps. I'm not
4  going to read you all the definitions on possession and
5  knowingly. I will make this culpable mental states -- this
6  would be Exhibit 18. Knowingly possess with intent to
7  manufacture. I could go through the counts in painful detail,
8  but I'm choosing not to. Count I is just -- and they're all
9  principal or accomplice, okay? They're charged as principal or
10  accomplice. Count I is for manufacturing methamphetamine, Count
11  II is possessing precursors with intent to manufacture, Count
12  III is possessing listed chemicals, again with intent to
13  manufacture, and Count III lists those chemicals as ephedrine
14  and/or acetone and/or iodine and/or red phosphorus. Count IV is
15  for knowingly possessing a firearm during the commission of a
16  drug offense, that being manufacturing methamphetamine. And
17  finally Count V is knowingly maintaining and dwelling that's
18  used for manufacturing and distributing controlled substances.
19  Ma'am?
20    UNIDENTIFIED JUROR: Now, Mr. Graham and the other
21  gentlemen, we're ruling on them together or separate?
22    UNIDENTIFIED JUROR: Separate.
23    MR. BURGLIN: They are being proposed.....
24    UNIDENTIFIED JUROR: Separate to each count.
25    MR. BURGLIN: .....as co-defendants as to each count.

### Page 48

1  They're all.....
2    UNIDENTIFIED JUROR: Co-defendant?
3    MR. BURGLIN: Right, they're all -- all the counts are
4  principal or accomplice.
5    UNIDENTIFIED JUROR: Okay, okay.
6    MR. BURGLIN: Sir.
7    UNIDENTIFIED JUROR: While we're in deliberation are we
8  going to get a copy of those definitions concerning aiding and
9  abetting and accomplicing?
10    MR. BURGLIN: I will give you a copy of the accomplice
11  liability instruction as an exhibit, and I will mark that is
12  Number 19.
13    UNIDENTIFIED JUROR: That was the accomplice liability
14  or.....
15    MR. BURGLIN: Accomplice liability instruction. So there
16  are now 19 exhibits, and I never gave you the original
17  indictment. Any other questions I can answer? You know about
18  possession, possession can be actual, constructive, or, as a
19  defense, fleeting and momentary. Any other questions? Okay, we
20  can go off record.
21    UNIDENTIFIED JUROR: Oh, there they are.
22    (Off record)
23    THE CLERK: We're back on record.
24    MR. BURGLIN: Back on record with the grand jury, and
25  apparently there's a question?

### Page 49

1    UNIDENTIFIED JUROR: Yes, on the indictments they're
2  listed as co-defendants.....
3    MR. BURGLIN: Right.
4    UNIDENTIFIED JUROR: .....but we were wondering do we vote
5  on them together or separately as to their culpability?
6    MR. BURGLIN: Just a suggestion, and again I'm not an
7  advocate, I'm just a presenter, but the issue with respect to
8  the co-defendants is whether or not one is an accomplice or not.
9  Graham. If you determine that he is an accomplice then he's an
10  accomplice as to all counts. If he's not an accomplice, then
11  he's not an accomplice period and he wouldn't be indicted for
12  any of the counts, right?
13    UNIDENTIFIED JUROR: That's right.
14    MR. BURGLIN: So what was your question again?
15    UNIDENTIFIED JUROR: So when -- if we voted -- we vote on
16  each individual, like as to Count I, Ostensen, true bill, not --
17  no true bill, and then we would do the same thing for Graham?
18    MR. BURGLIN: Right.
19    UNIDENTIFIED JUROR: Okay, they.....
20    MR. BURGLIN: And it need be.....
21    UNIDENTIFIED JUROR: .....they're not taken together but
22  they're taken separately?
23    MR. BURGLIN: Right.
24    UNIDENTIFIED JUROR: They're separate case numbers.
25    MR. BURGLIN: Right.

Page 50

1  UNIDENTIFIED JUROR: Okay, thank you.
2  MR. BURGLIN: Go off record.
3  THE CLERK: Off record.
4  (Off record)
5  THE CLERK: We're back on record.
6  UNIDENTIFIED JUROR: Okay.
7  MR. BURGLIN: Back on record with the grand jury in State
8  versus Mark Graham and Eric Ostensen. Has the grand jury
9  reached a decision on the proposed indictment?
10  FOREPERSON: Yes, we have.
11  MR. BURGLIN: And for the record what is your decision?
12  FOREPERSON: On Count I, for both individuals true bill.
13  MR. BURGLIN: And Count II?
14  FOREPERSON: True bill.
15  MR. BURGLIN: And Count III?
16  FOREPERSON: True bill.
17  MR. BURGLIN: And Count IV?
18  FOREPERSON: True bill.
19  MR. BURGLIN: And Count V?
20  FOREPERSON: True bill.
21  MR. BURGLIN: Okay, and I will sign the original
22  indictment and I've got the -- is it 19 exhibits?
23  THE CLERK: 18.
24  MR. BURGLIN: 18 exhibits I'll keep with the State's file.
25  THE CLERK: Oh, you're right, 19.

Page 51

1  UNIDENTIFIED JUROR: Yeah.
2  THE CLERK: Accomplice liability
3  MR. BURGLIN: 19 exhibits. Sign the original indictment,
4  give it to Madam Clerk, along with an information. We can go
5  off record.
6  THE CLERK: Off.....
7  (Off record)
8  11:08:50
9             END OF REQUESTED PORTION
10                  * * * * *

## TRANSCRIBER'S CERTIFICATE

I, Teresa E. Mielke, hereby certify that the foregoing pages numbered 2 through 51 are a true, accurate and complete transcript of proceedings in Case No. 3PA-S05-2880/2881 CR, State versus Graham/Ostensen, transcribed by me from copies of digital sound recordings to the best of my knowledge and ability.

November 15, 2005

_____
Teresa E. Mielke, Transcriber

52

*T. M. Transcribing*
*1980 Commodore Drive*
*Anchorage, Alaska  99507*
*(907) 349-8183*

Exhibit C - Page 16 of 16