Screen for VRA

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
AT PALMER

State of Alaska
                          Plaintiff,

vs.

Mark M Graham
                          Defendant.

RECEIVED JAN 18 2006
OFFICE OF PUBLIC ADVOCACY
PALMER, AK

DOB: 11/04/1953
ATN: 109388853

CASE NO. 3PA-05-02880CR

ORDER OF DISMISSAL

Defendant's ID#:  State:

| | 10/19/2005 | | |
|---|---|---|---|
| AS11.71.020(a)(2)(A): MICS 2- Manuf Meth<br>AS11.71.020(a)(3): MICS 2- Poss Precursor, Intnd Make Meth<br>AS11.71.020(a)(4)(A): MICS 2- Poss Chem, Intnd Make Meth<br>AS11.71.040(a)(5): MICS 4-Keep Bldg/Veh To Distribute<br>AS11.41.250: Reckless Endangerment | AS11.71.020(a)(2)(A): MICS 2- Manuf Meth<br>AS11.71.020(a)(3): MICS 2- Poss Precursor, Intnd Make Meth<br>AS11.71.020(a)(4)(A): MICS 2- Poss Chem, Intnd Make Meth<br>AS11.71.040(a)(5): MICS 4-Keep Bldg/Veh To Distribute | | |

IT IS ORDERED that this case is dismissed pursuant to:

☐ Rule 43(a) – Dismissal By Prosecuting Attorney
☐ Rule 43 (b) – Dismissal by court due to unnecessary delay in presenting charge to grand jury or in filing an information against defendant who has been held to answer.
☐ Rule 43(b) – Dismissal by Court due to unnecessary delay in bringing defendant to trial pursuant to Criminal Rule 45 (Speedy Trial Rule)
☐ Rule 43(c) - Dismissal in Furtherance of Justice
☒ Other:

For the following reason:  _insufficient evidence presented to GJ_

IT IS FURTHER ORDERED that the defendant be released from custody, any bond executed on behalf of the defendant be exonerated, and any cash or other security posted as bail be refunded to the depositors.

12/19/05
Date

_[signature]_
Judge Beverly Cutler

Type or Print Name

I certify that on _1-18-06_,
a copy of this order was sent to:
DA, OPA, DPS

Clerk: _[signature]_

CR-330cv (12/91)
ORDER OF DISMISSAL

Crim. R. 43 and 45

Exhibit D - Page 1 of 1