DEBORAH M. SMITH
Acting United States Attorney

LAWRENCE D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
AK Bar No. 8011068

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARK MACPHERSON GRAHAM,<br><br>Defendant. | ) Case No. 3:06-cr-0020-02-RRB-JDR<br>)<br>)<br>) **GOVERNMENT'S RESPONSE**<br>) **AND NON-OPPOSITION TO**<br>) **DEFENDANT'S MOTION TO**<br>) **SUPPRESS STATEMENTS**<br>)<br>)<br>) |

COMES NOW the United States Attorney's Office, by and through

Lawrence D. Card,  Assistant U.S. Attorney,  and hereby submits the government's

response to the defendant's Motion to Suppress, filed at docket 21.  The

government has reviewed the issue, and to the government's knowledge, no

statements made by Mr. Graham are being sought as admissible against him in any

future proceedings.   In addition, the government will object to the defendant

offering any self serving statements such as he was just an overnight guest as being

inadmissible hearsay, without him getting on the witness stand to testify and being

subject to cross-examination by the government.   All other statements made by the

defendant, including his claimed exculpatory statement will not be offered by the

government during the presentation of its case.   The portion of the evidentiary

hearing set to hear evidence  regarding statements that the defendant seeks to

suppress, being unopposed currently set for Friday, April 7, 2006 at 9:30 a.m. is

unnecessary, and should be vacated by the court.

     RESPECTFULLY SUBMITTED on this 31st day of March, 2006, in

Anchorage, Alaska.

                      DEBORAH M. SMITH
                      Acting United States Attorney

                      s/ Lawrence D. Card
                      Assistant U.S. Attorney
                      222 West 7th Ave., #9, Rm. 253
                      Anchorage, AK 99513-7567
                      Phone: (907) 271-5071
                      Fax: (907) 271-1500
                      E-mail: larry.card@usdoj.gov
                      Alaska Bar No. 8011068

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2006
a copy of the foregoing was served via electronic notice:

Richard Curtner

Federal Public Defender


s/ Lawrence D. Card