DEBORAH M. SMITH
Acting United States Attorney

LAWRENCE D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
AK Bar No. 8011068

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:06-cr-0020-2-RRB-JDR |
| ) | |
| Plaintiff, ) | |
| ) | **GOVERNMENT'S RESPONSE** |
| vs. ) | **AND CONDITIONAL** |
| ) | **NON-OPPOSITION TO** |
| MARK MACPHERSON GRAHAM, ) | **DEFENDANT'S MOTION TO** |
| ) | **SEVER** |
| Defendant. ) | |
| ) | |

COMES NOW the United States Attorney's Office, by and through Larry D. Card, Assistant U.S. Attorney, and hereby submits the government's response to the defendant's Motion to Sever, filed at docket 23. The government has reviewed the issue, and it appears that if indeed Mr. Ostensen is willing to

waive his Fifth Amendment right to remain silent, not only about Mr. Graham, but also be subject to cross-examination during trial about his own involvement in the charged offenses, the government will non-oppose the defendant's request to sever his trial from that of Mr. Ostensen.  Before the trial judge can decide this issue, Mr. Ostensen will have to be brought to a hearing outside the presence of trial jurors, and placed under oath in court before the trial judge, so that in the presence of the judge, his counsel, and Mr. Graham, and his counsel, he can knowingly, intelligently, and voluntarily waive his Fifth Amendment right to remain silent and offer testimony that has been represented to be favorable to Mr. Graham in open court.

In addition, the government will object to the defendant offering any self serving statements such as he was just an overnight guest as being inadmissible hearsay, without him getting on the witness stand to testify and being subject to cross-examination by the government.   Any such waiver of Fifth Amendment rights needs to occur at trial, rather than a hearing before the Magistrate Judge some weeks prior to trial.  Even thought the co-defendant, Mr. Ostensen, may come into the magistrate 's court on April 7, 2006, and knowingly, intelligently, and voluntarily waive his Fifth Amendment privileges in front of the Magistrate Judge, he can be subpoenaed to trial, and decide to change his mind, and the court would

have no option but to allow him to exercise his Fifth Amendment right to remain silent.  In that case, the trial of the defendant's should not be severed.

Alternatively, if he maintains his decision to testify under oath, and do so once again, knowingly, intelligently, and voluntarily, the court may make findings that he has waived his constitutional rights, and proceed to trial with only one of the defendants, Mr. Graham.   All statements made by the defendant, including his claimed exculpatory statement will not be offered by the government during the presentation of its case.   The portion of the evidentiary hearing set to hear

//

//

evidence regarding statements that the defendant seeks to suppress, being unopposed set for Friday, April 7, 2006 at 9:30 a.m. is unnecessary, and should be vacated by the court. There will not be any need for a hearing on the defendant's Motion to Sever.

    RESPECTFULLY SUBMITTED on this 31st day of March, 2006, in Anchorage, Alaska.

        DEBORAH M. SMITH
        Acting United States Attorney

        s/ Lawrence D. Card
        Assistant U.S. Attorney
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-5071
        Fax: (907) 271-1500
        E-mail: larry.card@usdoj.gov
        Alaska Bar No. 8011068

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2006
a copy of the foregoing was served via electronic notice:

Richard Curter
 Federal Public Defender

s/ Lawrence D. Card