DEBORAH M. SMITH
Acting United States Attorney

LAWRENCE D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
AK Bar No. 8011068

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cr-0020-02-RRB-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ERRATA TO GOVERNMENT'S** |
| vs. | ) | **RESPONSE AND NON-** |
| | ) | **OPPOSITION TO** |
| MARK MACPHERSON GRAHAM, | ) | **DEFENDANT'S MOTION TO** |
| | ) | **SUPPRESS STATEMENTS** |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States Attorney's Office, by and through Lawrence D. Card, Assistant U.S. Attorney, and hereby submits the government's response to the defendant's Motion to Suppress, filed at docket 21. The government has reviewed the issue, and to the government's knowledge, no statements made by Mr. Graham are being sought as admissible against him in any

future proceedings.   In addition, the government will object to the defendant offering any self serving statements such as he was just an overnight guest as being inadmissible hearsay, without him getting on the witness stand to testify and being subject to cross-examination by the government.   All other statements made by the defendant, including his claimed exculpatory statement will not be offered by the government during the presentation of its case.   The portion of the evidentiary hearing set to hear evidence regarding statements that the defendant seeks to suppress, being unopposed currently set for Friday, April 7, 2006 at 9:30 a.m. is unnecessary, and should be vacated by the court.

    RESPECTFULLY SUBMITTED on this <u>31st</u> day of March, 2006, in Anchorage, Alaska.

        DEBORAH M. SMITH
        Acting United States Attorney

        <u>s/ Lawrence D. Card</u>
        Assistant U.S. Attorney
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-5071
        Fax: (907) 271-1500
        E-mail: larry.card@usdoj.gov
        Alaska Bar No. 8011068

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2006
a copy of the foregoing was served via electronic notice:

Richard Curtner

Federal Public Defender


s/ Lawrence D. Card