DEBORAH M. SMITH
Acting United States Attorney

LAWRENCE D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
AK Bar No. 8011068

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MARK MACPHERSON GRAHAM, )<br>)<br>Defendant. )<br>)  | Case No. 3:06-cr-0020-02-RRB-JDR<br><br>**GOVERNMENT'S MOTION TO MOVE TRIAL DATE FROM MAY 1, 2006** |

COMES NOW the United States Attorney's Office, by and through Lawrence D. Card, Assistant U.S. Attorney, and hereby submits the government's Motion to Move the present trial date of **May 1, 2006** to either the preceding Monday, **April 24, 2006**, or to a date convenient to the defendant, the court and the government's trial attorney who is scheduled to be out of the District of Alaska on

government business during the week of May 1, 2006 and will not return to Alaska until the night of May 8, 2006.  The <u>U.S. v. Timberlake</u> trial, case no. 3:05-cr-120-RRB, is presently set for Wednesday, May 10, 2006 before this Court, and Ms. Timberlake currently has a motion to suppress pending for consideration before the Magistrate Judge.  It is suggested that if the week of April 24, 2006 is inconvenient to the parties or the court, that this matter may be calendared for trial on the same date as Timberlake.  At the current time, there are no motions pending in Mr. Graham's case, but the government expects to return the case to Grand Jury on the 18th of April, and the defendant may feel it necessary to review the case for

//

//

//

any further motions. If at all possible, it is requested that this matter be set on before the court for a scheduling hearing on Friday, April 21, 2006 at a time convenient to the court.

RESPECTFULLY SUBMITTED on this <u>14th</u> day of April, 2006, in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/ Lawrence D. Card
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
Alaska Bar No. 8011068

**CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2006
a copy of the foregoing was served via electronic notice:

Richard Curtner

Federal Public Defender


s/ Lawrence D. Card