IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-00020-02-RRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER SETTING** |
| | ) | **SCHEDULING** |
| MARK MACPHERSON GRAHAM, | ) | **PROCEEDING** |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter has come before the court on the government's motion to change the trial date from its present date of May 1, 2006 before this Court. The matter shall be heard by the court on the _____ day of April, 2006 at ____ o'clock, a.m./ p.m.

IT IS SO ORDERED.

DATED this ____ day of April, 2006, at Anchorage, Alaska.

_____
RALPH R R. BEISTLINE
UNITED STATES DISTRICT JUDGE