# STATEMENT OF QUALIFICATIONS

| | | | |
|---|---|---|---|
| **Name of Lab:** | Scientific Crime Detection Laboratory<br>5500 E. Tudor Road<br>Anchorage, AK 99507 | **Date:** | May 8, 2003 |
| **Name:** | Jack E. Hurd | **Job Title:** | Criminalist III |

**Discipline(s):** Indicate all areas in which you do casework.

Controlled Substances, Physical Matching

**Education:** List all higher academic institutions attended.

| Institution | Dates attended | Major | Degree completed |
|---|---|---|---|
| University of Alaska-Anchorage | 1986 - 1993 | Chemistry | B.S. |

**Other Training:** List continuing education, workshops, in-service and other formal training received.

| | |
|---|---|
| 04/28/03: | "Winning Courtroom Confrontations: A Seminar on How to be an Effective Witness in the Courtroom," by Valerie Van Brocklin, LawEnforcement Trainer, Anchorage, Alaska (8 hours) |
| 01/17-21/03: | Clandestine Laboratory Analysis & Synthesis, California Criminalistics Institute, Jerry Massetti, Victor C. Reeve, Sacramento, CA (40 hours) |
| 01/6 – 08/03: | Forensic Digital Imaging, Imaging Forensics, George Reis, Anchorage, Alaska (24 hours) |
| 07/08-13/01: | Association of Firearm and ToolMark Examiners, 32nd Annual Training Seminar, Newport Beach, California. (40 hours) |
| 07/11/01: | Basic "Tactical Rifle" Armorers Course, Savage Arms, Inc., Newport Beach, California. |
| 10/02-06/00: | Firearms & Toolmarks Introduction II, California Criminalistics Institute, Sacramento, California (40 hours) |
| 09/25-29/00: | Firearms & Toolmarks Introduction I, California Criminalistics Institute, Sacramento, California (40 hours) |
| 06/11-16/00: | Association of Firearm and Tool Mark Examiners, 31st Annual Training Seminar, St. Louis, Missouri (40 hours) |
| 11/10-11/99: | Firearms Safety Training, California Criminalistics Institute, Vandenburg, California (40 hours) |
| 10/08/99 | Winning Courtroom Confrontations, Valerie Van Brocklin, Anchorage, Alaska (8 hours) |
| 06/22-25/99: | NIBIN/DRUGFIRE & APMS Training, Nichols Research, Rosslyn, Virginia (32 hours) |
| 04/22/99: | Drugs and Society (Jackie Long, Mick Mollica), Northwest Association of Forensic Scientists, Anchorage, Alaska (4 hours) |

Exhibit A

**Statement of Qualifications:** Jack E. Hurd
Page 2

### Other Training: (continued)

04/21/99:    Forensic Art & Facial Reconstruction (Betty Pat Gatliff, Karen Taylor), Northwest Association of Forensic Scientists, Anchorage, Alaska (4 hours)

04/21/99:    Clandestine Laboratory Overview For The Forensic Chemist (Roger Ely), U.S. Drug Enforcement Administration, Northwest Association of Forensic Scientists Anchorage, Alaska (4 hours)

04/20/99:    Courtroom Demeanor & Testimony (Ray Brown), Northwest Association of Forensic Scientists, Anchorage, Alaska (2 hours)

12/07-11/98: Basic Clandestine Laboratory Safety Certification Program, U.S. Drug Enforcement Administration, Anchorage, Alaska (32 hours)

10/06-8/98:  Clandestine Laboratory Investigations, Multijurisdictional Counterdrug Task Force Training Florida National Guard, Criminal Justice Institute, Anchorage, Alaska (24 hours)

12/08-12/97: DEA Forensic Chemist Seminar, Fairfax, Virginia (40 hours)

Crime Scene Response Team Training:
02/11/97 - Trace Evidence
01/14/97 - Documenting and Collecting Snow Impressions
12/10/96 - Blood Collection/Presumptive Testing
11/12/96 - Fingerprints and AAFIS
10/08/96 - Photography/Video Taping Crime Scenes
09/16/96 - Basic Use of Camcorder
09/10/96 - Crime Scene Diagramming
01/09/96 - Evidence Evaluation/Documentation, Collection/Packaging
12/14/95 - Photography
10/24/95 - Preliminary Processing

11/04-08/96: Law Enforcement Video Class & Workshop, Law Enforcement Coordinating Committee, U.S. Department of Justice and Alaska Peace Officers Association, Anchorage, Alaska (40 hours)

09/22-27/96: Breath Alcohol Supervisor School, Scientific Crime Detection Laboratory, Anchorage, Alaska (40 hours)

Jan-May 1996  Black & White Photography Course, University of Alaska-Anchorage (1 semester)

01/15-19/96: Crime Scene Investigation Course, Anchorage Police Department, Anchorage, Alaska (40 hours)

05/10-12/95: Crime Scene Reconstruction Workshop (Dr. Henry Lee) and Crime Scene Investigation for Law Enforcement (Dr. Richard Saferstein), Northwest Association of Forensic Scientists, Anchorage, Alaska (12 hours)

**Statement of Qualifications:**     Jack E. Hurd
Page 3

**Courtroom Experience:**     List the discipline(s) in which you have qualified to testify as an expert witness and indicate over what period of time and approximately how many times you have testified in each.

    Controlled Substances: From 1996 to present - testified over 66 times
    Physical Matching: From 1998 to present - testified 1 time
    Firearm Identification: From 2001 to present - testified 1 time

**Professional Affiliations:**     List any professional organizations of which you are or have been a member. Indicate any offices or other positions held and the date(s) of these activities.

    International Association for Property and Evidence
    Association of Firearm and Toolmark Examiners
    International Ammunition Association, Inc.

**Employment History:**     List all scientific or technical positions held, particularly those related to forensic sciences. List current position first. Give a brief summary of principal duties and tenure in each position.

(1)   Job Title:   Criminalist III
    Employer:   Alaska Department of Public Safety Scientific Crime Detection Laboratory
                Anchorage, Alaska
  Principal Duties:   Analysis of evidence for controlled substances, court testimony.
    Tenure:   12/99 - present

(2)   Job Title:   Criminalist II
    Employer:   Alaska Department of Public Safety Scientific Crime Detection Laboratory
                Anchorage, Alaska
  Principal Duties:   Analysis of evidence for controlled substances; court testimony.
    Tenure:   11/97 - 12/99

(3)   Job Title:   Criminalist I
    Employer:   Alaska Department of Public Safety Scientific Crime Detection Laboratory
                Anchorage, Alaska
  Principal Duties:   Analysis of evidence for controlled substances; court testimony, crime scene investigations.
    Tenure:   11/96 - 10/97

(4)   Job Title:   Laboratory Technician 1
    Employer:   Alaska Department of Public Safety Scientific Crime Detection Laboratory
                Anchorage, Alaska
  Principal Duties:   Evidence custodian; crime scene investigations, assist in all areas of Criminalistics laboratory.
    Tenure:   09/95 - 10/96

**Statement of Qualifications:**     Jack E. Hurd
Page 4

**Employment History:**     (continued)

(5)  Job Title:     Chemist
     Employer:      Analytical Technologies, Inc.
                    Anchorage, Alaska
     Principal Duties:  Performed analysis of petroleum hydrocarbons.
     Tenure:        08/94 - 08/95

(6)  Job Title:     Remedial Project Manager
     Employer:      University of Tennessee Waste Management
                    Anchorage, Alaska
     Principal Duties:  Environmental cleanup of Air Force sites within Alaska.
     Tenure:        05/94 - 11/94


**Other Qualifications:**     List below any scientific publication and/or presentation you have authored or co-authored, research in which you are or have been involved, academic or other teaching positions you have held, and any other information which you consider relevant to your qualification as a forensic scientist.

MEETINGS ATTENDED:

    Association of Firearm and Toolmark Examiners
        2001 – Newport Beach, California
    Association of Firearm and Toolmark Examiners
        2000 - St. Louis, Missouri
    Northwest Association of Forensic Scientists
        1999 - Anchorage, Alaska
    Northwest Association of Forensic Scientists
        1995 - Anchorage, Alaska

RESEARCH:
    Chemical Chaos/Chemical Pattern Formations, University of Alaska-Anchorage, 1991-1993.


CLASSES TAUGHT TO LAW ENFORCEMENT PERSONNEL BY Jack E. Hurd:

    Physical Evidence at Crime Scenes
        11/10-11/99     Village Police Officers, King Salmon, Alaska
        11/23-25/98     ALET #20, DPS Training Academy, Sitka, Alaska
        11/24-26/97     ALET #18, DPS Training Academy, Sitka, Alaska
        04/07-11/97     Village Public Safety Officer Training Academy, King Salmon, Alaska
        11/19-21/96     ALET #16, DPS Training Academy, Sitka, Alaska