Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MARK MACPHERSON GRAHAM,<br><br>　　　　　Defendant. | Case No. 3:06-cr-0020-RRB<br><br>**MARK GRAHAM'S OPPOSITION TO GOVERNMENT'S MOTION TO MOVE TRIAL DATE** |

　　　　Trial in the above-styled case currently is scheduled for May 1, 2006.  The United States Attorney's Office has requested that the trial date be advanced to April 24, 2006, or be continued until May 10, 2006, or to a date convenient to Mr. Graham and the court.

　　　　Mr. Graham objects to an advanced trial date of April 24, 2006.  The government has indicated that a superseding indictment against Mr. Graham will be returned the week of April 17, 2006.  Mr. Graham has not been served as of this date with the superseding indictment.  A trial date of April 24, 2006, is unrealistic.

Mr. Graham objects to a continuance of the May 1, 2006, trial date. Mr. Graham will be prepared for trial on that date.

If the court were to grant the government's request to continue trial, Mr. Graham's counsel could not be available for trial before May 30, 2006. Undersigned counsel will be out of the country from May 9 to May 23, 2006.

If trial is continued beyond May 1, 2006, Mr. Graham would request some type of release from custody pending trial. Mr. Graham was released on bail by the Palmer Superior Court when this case was in state court. He did not violate the conditions of his release and made all of his court appearances before the Palmer Superior Court dismissed the case based on insufficient evidence.

The government also has suggested a scheduling hearing on April 21, 2006. Undersigned counsel will be in Washington, D.C. on April 21, 2006, and would suggest that the government's motion to continue trial be addressed at the final pretrial conference scheduled for April 25, 2006.

DATED at Anchorage, Alaska, this 20th day of April 2006.

Respectfully submitted,

s/Rich Curtner
Federal Defender
Alaska Bar No. 8706013
601 West 5th Avenue, Suite 800
Anchorage, AK 99501
Phone:     907-646-3400
Fax:       907-646-3480
E-Mail:    rich_curtner@fd.org

Certification:
I certify that on April 20, 2006,
a copy of **Mark Graham's Opposition
to Government's Motion to Move
Trial Date** was served electronically on:

Larry D. Card, Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

Scott A. Sterling, Esq.
Sterling & Dearmond
851 Westpoint Drive, Suite 201
Wasilla, AK 99654
scottsterling@alaskalawyers.net


s/Rich Curtner