UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


 USA  v.  MARK GRAHAM 

DATE:  April 20, 2006        CASE NO.   3:06-CR-0020-RRB 

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**
**RE MOTION TO MOVE TRIAL DATE**

---

The Government's Motion to Move Trial Date (Docket 44) will be addressed at the final pretrial conference on **Tuesday, April 25, 2006, at 1:30 p.m.**, in Courtroom 2.