DEBORAH M. SMITH
Acting United States Attorney

LAWRENCE D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
AK Bar No. 8011068

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>MARK MACPHERSON GRAHAM,<br><br>           Defendant. | No. 3:06-cr-00020-02-RRB-JDR<br><br>COUNT 1:<br>CONSPIRACY IN RELATION TO METHAMPHETAMINE, ITS SALTS, ISOMERS, AND SALTS OF ITS ISOMERS TRAFFICKING<br>   Vio. 21 U.S.C. §§ 846, 841(a)(1) & (b)(1)(B)<br><br>COUNT 2:<br>POSSESSION OF METHAMPHETAMINE WITH INTENT TO DISTRIBUTE<br>   Vio. 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), & 18 U.S.C. § 2 |

FIRST SUPERSEDING INDICTMENT

The Grand Jury charges that:

## COUNT 1: CONSPIRACY

1.      Beginning at a time unknown to the Grand Jury, but at least on or about March 22, 2005, and continuing to at least on or about October 19, 2005, both dates being approximate and inclusive, within the District of Alaska, the defendant, MARK MACPHERSON GRAHAM, and other co-conspirators, both known and unknown to the Grand Jury, did unlawfully and knowingly combine, conspire, confederate and agree with each other and others known and unknown to the Grand Jury to commit violations of Title 21 of the United States Code, to wit:

2.      To distribute and to possess with intent to distribute 5 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salt of its isomers in violation of Title 21 United States Code Sections 841(a)(1) and 841(b)(1)(B);

3.      To manufacture, to distribute, and to possess with intent to distribute 5 grams of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21 United States Code Sections 841(a)(1) and 841(b)(1)(B).

4.      Acts in Furtherance of the Conspiracy

a.      In furtherance of the criminal conspiracy and to effect the objects thereof, in the District of Alaska on or about the dates set forth below, the Defendant and other

associates and co-conspirators, both known and unknown to the Grand Jury, committed and caused to be committed overt acts in furtherance of the conspiracy, including, but not limited to, the following:

    b.    Beginning at some time exact time unknown after March 22, 2005, unindicted co-conspirators purchased numerous cases of bookmatches, with each case containing 1000 individual striker plates, numerous cases of coffee filters, 5 pounds of iodine from Alaska Pure Water Products, numerous packages of Sudafed & Suphedrine, Red Devil Lye, gallons of Coleman lantern fuel, acetone, latex rubber gloves, isopropyl alcohol, and at least one Pyrex dish, all to be used in the manufacture of methamphetamine in the District of Alaska.

    c.    On numerous occasions, the defendant, MARK MACPHERSON GRAHAM, did "pull" the methamphetamine. The process of preparing methamphetamine by "pulling" used by the defendant and his co-conspirators indicated that the chemically altered ephedrine became chemically altered by red phosphorous and iodine to look like a sludge, which went into a "mother jar," which in turn had Coleman fuel added to extract the methamphetamine from the sludge by the use of hydrogen chloride gas, which then was "pulled" by defendant GRAHAM on numerous occasions as a co-conspirator during the dates of the conspiracy to obtain the methamphetamine to both use, transfer, and possess with the intent to distribute.

    All of which is in violation of Title 21, United States Code, Sections 846 and 841 (a)(1) and(b)(1)(B).

## COUNT 2: POSSESSION WITH INTENT TO DISTRIBUTE

On or about October 19, 2005, in the District of Alaska, the defendant, did knowingly and intentionally possess with intent to distribute a controlled substance, to wit: 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

All of which is in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B) and Title 18 United States Code § 2.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Lawrence D. Card
LAWRENCE D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
Alaska Bar No. 8011068

s/ Deborah M. Smith
DEBORAH M. SMITH
Acting United States Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: deb.smith@usdoj.gov

DATED:   4/18/06

4