DEBORAH M. SMITH
Acting United States Attorney

LAWRENCE D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
AK Bar No. 8011068

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-0020-02-RRB-JDR |
| Plaintiff, | ) | |
| vs. | ) | **GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS** |
| MARK MACPHERSON GRAHAM, | ) | |
| Defendant. | ) | |

COMES NOW Plaintiff, United States of America, and requests that the Court ask the following questions of the trial venire:

1. Do any of you know or are you personally acquainted with the defendant or any member of the defendant's family?

      a.      If so, what is the nature of the relationship? Is it a close relationship? Would the relationship tend to make you feel sympathetic toward the defendant? Would the relationship affect your ability to sit as a fair and impartial juror in this case?

2.      Do you personally know or have a personal relationship with any of the attorneys representing either party in this case?

      a.      If so, what is the nature of that relationship?

3.      Have you, a member of your family or friends ever worked for a lawyer who practices in the area of criminal law?

4.      Has anyone seen or heard anything about this case prior to coming to the Court?

      a.      Does anyone have any personal knowledge of facts concerning the charge against the defendant? If so, do you feel that you can put aside what you have seen or heard and render a verdict based solely upon the evidence which you will see and hear in court?

5.      Have any of you been closely associated with anyone who has been the subject of a legal action involving the Alaska State Troopers or any agency of the United States of America, or who has been prosecuted for any federal or state offense?

      a.      If so, what is your relationship with that person or persons?

      b.      What was the disposition of the case?

      c.      Do you think the disposition was fair and proper?

      d.      Was there anything about that proceeding that you found upsetting or troubling?

6. Have you or any member of your family or friends ever experienced what you consider unfair treatment by any law enforcement officers?

      a.      If so, would that experience in any way affect your ability to sit as a fair and impartial juror to consider the issues of this case?

7. Have you or any close friends or relatives been arrested for or been a victim of any crime?

      a.      If so, would such an experience make it difficult for you to sit as a fair and impartial juror to consider the issues in this case?

8. Have you ever served on a jury before? If so, what kind of case? Was there anything that the parties or witnesses did that you did not like that would affect your serving as a juror in this case?

9. Do any of you suffer from any type of ailment which would make it extremely difficult for you to sit as a juror in this case?

10. Will jury service by you in this case unduly interfere with your personal or business affairs more than the average person?

12. Will you be able to follow the law that the court gives you even though you may not personally agree with it? (i.e., suppose after hearing my instructions on the law, you decide that you do not like them. Will you still follow the law, and be able to uphold them even though you personally disagree with them?)

13. In this case, the government is alleging that the defendant was involved in a prohibited drug called methamphetamine. Do any of you feel that the government, whether state or federal, should not involve itself in policing the drug laws, or that it is a personal matter in which the government has no business? That it is a matter of personal privacy, and the government should use its resources elsewhere?

//

14. Is there any other reason which may not have been touched upon by the Court in its questions to you which might affect your ability to act as a fair and impartial juror in this case?

RESPECTFULLY SUBMITTED this 20th day of April, 2006, at Anchorage, Alaska.

> DEBORAH M. SMITH
> Acting United States Attorney
>
> s/ Lawrence D. Card
> Assistant U.S. Attorney
> 222 West 7th Ave., #9, Rm. 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-5071
> Fax: (907) 271-1500
> E-mail: larry.card@usdoj.gov
> Alaska Bar No. 8011068

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2006, a copy of the foregoing was served electronically on:

Richard Curtner
Federal Public Defender


s/ Lawrence D. Card