DEBORAH M. SMITH
Acting United States Attorney

LAWRENCE D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
AK Bar No. 8011068

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARK MACPHERSON GRAHAM,<br><br>Defendant. | Case No. 3:06-cr-00020-02-RRB-JDR<br><br>**GOVERNMENT'S NOTICE OF INCREASED PUNISHMENT BY REASON OF ONE OR MORE PRIOR CONVICTIONS** |

COMES NOW the Plaintiff, the United States of America, by and through Lawrence D. Card, Assistant U.S. Attorney, and hereby submits the government's Notice pursuant to 21 U.S.C. § 851, that in the event of a conviction of any of the charged offenses, the government will seek "increased punishment," based on the following prior convictions:

1.  *State of North Dakota v. Mark Graham*

    Criminal Case No. 6109

    Dated:  August 24, 1979

    Sentence: Five (5) years at "Hard Labor"

    Charge: Unlawful Delivery of A Controlled Substance: Cocaine

    Judge: State of North Dakota District Judge Everett Nels Olson

    Statutes Violated: Sec. 19-03.1-07, subpar. 2d and 19-03.1-23, subpar.1a

2.  *United States of America v. Mark M. Graham*

    Criminal Case No.  A91-026 Criminal

    Dated: June 13, 1991

    Sentence: Five (5) years in custody of the United States Bureau of Prisons

    Charge: Using and Carrying a Firearm in Relation to Drug Trafficking

    Judge: U.S. District Court Judge James Singleton

    Statutes Violated: 18 United States Code  § 924 (c)(1)

//

True and exact copies of the foregoing judgements have been provided to defendant's counsel prior to the date of this notice. Copies are also being filed with this court as attachments "A" and "B."

RESPECTFULLY SUBMITTED on this 24th day of April, 2006 in Anchorage, Alaska.

        DEBORAH M. SMITH
        Acting United States Attorney

        s/ Lawrence D. Card
        Assistant U.S. Attorney
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-5071
        Fax: (907) 271-1500
        E-mail: larry.card@usdoj.gov
        Alaska Bar No. 8011068

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2006,
a copy of the foregoing was served via electronic notice:

Richard Curtner
 Federal Public Defender


s/ Lawrence D. Card