FORM 7—CRIMINAL JUDGMENT AND COMMITMENT—COUNTY (Rule 32, NDRCrimP)

STATE OF NORTH DAKOTA } ss.   IN DISTRICT COURT
COUNTY OF WARD              NORTHWEST JUDICIAL DISTRICT

STATE OF NORTH DAKOTA

vs.

MARK GRAHAM
                    Defendant

Criminal No. 6109

**CRIMINAL JUDGMENT AND COMMITMENT**

On this 24th day of August, 1979, came Carl O. Flagstad, Jr. Assistant State's Attorney
(name of prosecuting attorney)

Prosecuting Attorney of the County of Ward, and State of North Dakota, and the Defendant having appeared with Ella Van Berkom his legal counsel, it is hereby,

ADJUDGED, That the Defendant has been convicted by [verdict] of Guilty in the crime of Delivery of a Controlled Substance as charged in the [information], and the Defendant having been asked by the Court whether (s)he had any statement to make in his own behalf or wished to present any information in mitigation of punishment of which would require the Court to withhold pronouncement of judgment and sentence, and no sufficient cause to the contrary having been shown, it is hereby,

ADJUDGED, That it is the sentence of this Court that you Mark Graham the Defendant, be COMMITTED to the custody of Hon. Winston Satron, Warden of the State Penitentiary for the term of FIVE (5) YEARS at Hard Labor commencing at twelve o'clock noon of the 24th day of August, 19 79.
FURTHER ORDERED: Credit be given for 16 days served in custody.

and that you stand committed until this judgment of imprisonment is complied with; and it is further,

ORDERED, That the Clerk deliver a certified copy of this Judgment and Commitment to the Sheriff of Ward County, who upon receipt thereof, shall forthwith deliver the Defendant to the HONORABLE WINSTRON SATRON
(officer in charge)

STATE PENITENTIARY, BISMARCK, N.D.
(name of correctional facility)

in execution of the judgment of imprisonment, and deliver to said officer a certified copy of this Judgment and Commitment and take from him a receipt for delivery of the Defendant, and make return thereof to the Court.

Criminal No. 6109

Dated this 24th day of August, 19 79.

CLERK OF DISTRICT COURT
WARD COUNTY, N. DAK., ON
AUG 24 1979
AT 4:20 O'CLOCK __ M.

ATTEST:    BY THE COURT,

Eldore Leier    Clerk     Everett Nels Olson    Judge

000000131

Receipt is h___ ~~y~~ acknowledged of certified copy (copies) of the within _...tled Criminal Judgment and Commitment.

Dated at Minot, North Dakota, this __24th__ day of __August__, 19__79__

_Leon Scheuren_ _____
Sheriff

By _Judy Kiebl_ _____
Deputy

**DISTRICT COURT**
Fifth Judicial District
County of Ward

**Criminal Judgment and Commitment**

Judgment Docketed _____, 19___

STATE OF NORTH DAKOTA } ss.
COUNTY OF ...... WARD ......

IN ...... COUNTY COURT ......
(Name of Court)

Before Hon. ..Halvor..L...Halvorson..............
(Name of Magistrate)

STATE OF NORTH DAKOTA
vs.
Mark Graham
Defendant

Criminal No. .....................

Filing Date.............................

STATE OF NORTH DAKOTA } ss.
COUNTY OF .... WARD ......

**COMPLAINT**

............ Robert Johnson ............ being first duly sworn, charges:
(name of complainant)

That on or about the ............ 27th ............ day of ............ February ............, 19..79

in ..the City of Minot, Ward County, North Dakota ............................;
(place)   (City)   (County)

the above-named Defendant committed the offense of (name of offense): Delivery of a Controlled Substance

in violation of Section ............ 19-03.1-07, subpar. 2d and 19-03.1-23, subpar. 1a ............ of the North Dakota Century Code, by then and there (insert statement of evidentiary facts constituting the offense based upon personal knowledge of complainant:) he willfully and unlawfully delivered a controlled substance, to-wit, Cocaine, to a State Drug Enforcement Agent. Said offense is a Class A Felony.

Against the peace and dignity of the State of North Dakota.

WHEREFORE, COMPLAINANT Prays that the said Defendant be arrested and dealt with according to law.

CLERK OF DISTRICT COURT
WARD COUNTY
MAR 2 1979

Robert Johnson
Complainant

Subscribed and sworn to before me this ............ 28th ............ day of ............ February ............, 19..79..

Hon. Halvor L. Halvorson   Magistrate

Penalty Section ..12-1-32-01........

Complaint Approved,

Carl O. Flagstad
Prosecuting Attorney
Carl O. Flagstad

FILED
FEB 28 1979
WARD COUNTY COURT

000000133

## AFFIDAVIT

STATE OF NORTH DAKOTA)
                         ) ss
COUNTY OF WARD      )

    Robert Johnson, being first duly sworn on oath deposes and says:

    I am an officer with the Minot Police Department and I currently work in the narcotics division. On February 25, 1979, I was contacted by the city/county undercover agent, Charlie Stevens, in reference to the purchase of approximately one ounce of Cocaine from a juvenile in Minot.

    On February 27, 1979, I contacted the Drug Enforcement Unit in Bismarck and they agreed that they would provide money and a State Agent to make the transaction. I then contacted the city/county undercover agent and told him that he should contact the juvenile stating that he had more money and would like to get more Cocaine if possible. I placed the officer protection device on the State Agent and this was being monitored in two units. Officer Patch and I were in one of the units and Officer Mike Knoop and an agent from the State Drug Enforcement Unit were in the other. The buy was scheduled to take place at 10:30 on February 26, 1979, at the Star Banner Gas Station. The State Agent and Charlie Stevens arrived at Star Banner at 10:35 p.m. and spoke with two juveniles. The conversation was monitored. At this point Stevens and the State Agent were instructed to follow the juveniles to within two blocks of where the connection was. The connection was later identified as Mark Graham. At approximately ten minutes to eleven Stevens and the Agent were instructed to park at 21st Street and 7th Avenue N.W. Shortly thereafter the juvenile came back and invited the Agents to follow him to the house where they would meet Graham. They went into the house and we heard the conversation concerning the Cocaine. The subject identified as Graham wanted the State Agent to give him the money and he would go get the Cocaine and return. The Agent would not part with the money until the Cocaine was in front of him where he could test it. He called Graham back. Graham instructed him to meet at the Trails Inn located at 4th Avenue N.W. Shortly after 1:15 the vehicle in which the two juveniles were in was checking the area of the Trails Inn and found Officer Knoop on surveillance at which time they became hesitant and apparently reported back to Graham. Graham stated that

FILED
MAR 27 1979
CLERK OF DISTRICT COURT
WARD COUNTY, N. DAK.

FILED
FEB 28 1979
WARD COUNTY COURT

000000134

he wouldn't deal at the Trails Inn as the cops were watching. One of the juveniles then met with Stevens and the State Agent and they followed them around a series of blocks to make sure nobody was following and they ended up at a residence in the 700 Block of 23rd Street N.W. where the agent was to pull into the garage and the deal was to take place in the van. We set up surveillance and as previously agreed after the Cocaine was shown to the State Agent he gave the code word which was "broken toe". I summoned assistance from the patrol division as we had overheard that Mrs. Graham had a gun pointed at the State Agent. Graham was overheard to say that if anything went wrong the State Agent would be first to go. At that point the State Agent pulled his gun on Graham and Stevens disarmed Mrs. Graham. At the scene the two juveniles were arrested for Conspiracy to Deliver a Controlled Substance. Graham was charged with Delivery of a Controlled Substance which was supposed to amount to three ounces of Cocaine to the State Agent. The time of the arrest was 1:52 A.M. February 27, 1979. All the subjects were arrested at the scene and given their constitution rights. The State Agent conducted a field test of the substance in my presence and it proved to be positive for Cocaine. Since the arrest the State Laboratories has confirmed that the substance was in fact Cocaine. During the course of the dealing and the subsequent buy I was in visual contact with the two agents or I could hear them at all times.

*Robert E. Johnson*
Robert Johnson

Subscribed and sworn to before me this 28th day of February, 1979.

*Halvor L. Halvorson*
Hon. Halvor L. Halvorson, Judge

FILED
CLERK OF DISTRICT COURT
WARD COUNTY, N. DAK., ON
AT............O'CLOCK......M.
MAR 27 1979
By..................Deputy

FILED
FEB 2 8 1979
WARD COUNTY COURT

000000135