FILED

AO 245 S (Rev. 4/90) Sheet 1 - Judgment i.  _riminal Case

# United States District Court

District of _____ALASKA_____

JUN 17 1991

UNITED STATES DISTRICT COL
LICTRICT OF ALASKA

_/ _____ Dap

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| MARK M. GRAHAM | Case Number:    A91-026 CRIMINAL |
| (Name of Defendant) | SIDNEY BILLINGSLEA |
|  | Defendant's Attorney |

**THE DEFENDANT:**

[X] pleaded guilty to count(s) ___II_____.

[ ] was found guilty on count(s) _____ after a
plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. §924(c)(1) | Using and Carring a Firearm in Relation to Drug Trafficking | 2/25/91 | II |

Certified to be a true and correct
copy of original filed in my office.
Dated _6-17-91_
Phyllis Rhodes, Clerk
By _____ Deputy

The defendant is sentenced as provided in pages 2 through ___4___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____,
and is discharged as to such count(s).

[X] Count(s) ___I, III and IV_____ (is)(are) dismissed on the motion of the United States.

[X] It is ordered that the defendant shall pay a special assessment of $ _50.00_____, for count(s)
___II_____, which shall be due [X] immediately  [ ] as follows:

IT IS FURTHER ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: _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_____

Defendant's Date of Birth: _November 4, 1953_

Defendant's Mailing Address:

_Cook Inlet Pretrial Facielty_
Anchorage, Alaska  99501

Defendant's Residence Address:
SAME AS ABOVE

_June 13, 1991_
Date of Imposition of Sentence

_____
Signature of Judicial Officer

JAMES K. SINGLETON, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

6/15/91
Date

RECEIVED
JUN 24 1991
COMMUNITY CORRECTIONS
SEATTLE, WA

43

AO 245 S (Rev. 4/90) Sheet 2 - Imprisonment

Defendant: MARK M. GRAHAM
Case Number: A91-026 CRIMINAL

Judgment—Page ___2___ of ___4___

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of _____ five (5) years.  Defendant is to be given credit for time served from _____.
February 25, 1991.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States marshal.
☐ The defendant shall surrender to the United States marshal for this district,
    ☐ at _____ a.m.／p.m. on _____.
    ☐ as notified by the United States marshal.
☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
    ☐ before 2 p.m. on _____.
    ☐ as notified by the United States marshal.
    ☐ as notified by the probation office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _7-25-91_ to _Fed Corr Inst_ at
_Big Spring, TX_, with a certified copy of this judgment.

_M. Fitzpatrick, Warden_
United States Marshal

By _____, USM
Deputy Marshal

AO 245 S (Rev. 4/90) Sheet 3 - Supervised Release

Defendant: MARK M. GRAHAM

Case Number: A91-026 Criminal

Judgment—Page __3__ of __4__

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of _____

three (3) years _____.

While on supervised release, the defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance. The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). If this judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release. The defendant shall comply with the following additional conditions:

☐ The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

☐ The defendant shall pay any fines that remain unpaid at the commencement of the term of supervised release.

☒ The defendant shall not possess a firearm or destructive device.

The defendant to submit to urinalysis testing and drug treatment at the direction of the Probation Officer.

The defendant shall submit to a warrantless search of his person, residence, vehicle or place of employment at the discretion fo the Probation Officer.

The defendant shall pay a fine in the amount of $3,480.00, to be payed in $100.00 installments for the cost of his Supervised Release, at the direction of the Probation Officer.

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this judgment, the defendant shall not commit another federal, state or local crime. In addition:

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer within 72 hours of any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245 S (Rev. 4/90) Sheet 5 - Fine

Defendant: MARK M. GRAHAM                                      Judgment—Page __4__ of __4__
Case Number:    A91-026 CRIMINAL

## FINE

     The defendant shall pay a fine of $ _3,480.00_____. The fine includes any costs of incarceration and/ or supervision.

    [X] This amount is the total of the fines imposed on individual counts, as follows:

        18 U.S.C. §924(c)(1) Using and Carring a Firearm in relation to Drug Trafficking Count II.

    [X] The court has determined that the defendant does not have the ability to pay interest. It is ordered that:

        [X] The interest requirement is waived.
        [ ] The interest requirement is modified as follows:

This fine plusxanyxinterest required shall be paid:  in $100.00 installments for the cost of
    [ ] in full immediately.                     Supervised Release, at the direction ofthe
    [ ] in full not later than _____Probation Officer .
    [ ] in equal monthly installments over a period of _____ months . The first payment is due on the
        date of this judgment. Subsequent payments are due monthly thereafter.
    [ ] in installments according to the following schedule of payments:

    cc: S. Hayden, S. Billingslea, M. Graham, US Marshal, Probation
        Office, Magistrate Judge Roberts, Carmen

If the fine is not paid, the court may sentence the defendant to any sentence which might have been originally imposed. See 18 U.S.C. § 3614.