```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. __MARK M. GRAHAM__        CASE NO. __3:06-cr-00020-02-RRB__
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE: _____JOHN D. ROBERTS_____

DEPUTY CLERK/RECORDER: _____ROBIN M. CARTER_____

UNITED STATES' ATTORNEY: _____LARRY CARD_____

DEFENDANT'S ATTORNEY: _____RICHARD CURTNER_____

U.S.P.O.: _____PAULA MCCORMICK_____

PROCEEDINGS: ARRAIGNMENT ON FIRST SUPERSEDING INDICTMENT
             HELD 4/24/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:03 a.m. court convened.

_X_ Copy of First Superseding Indictment given to defendant; reading waived.

_X_ Defendant advised of general rights. _X_ Waived full advisement.

_X_ Defendant advised of charges and penalties.

_X_ PLEAS: Not guilty to counts _1-2 of the First Superseding Indictment._

_X_ Pretrial motions due **May 9, 2006** as to Counts 1-2 only.

_X_ OTHER: _Detention continued as previously set. Court advised counsel of trial by jury date previously set for **5/1/06.**_

At 11:08 a.m. court adjourned.




DATE: _April 24, 2006_          DEPUTY CLERK'S INITIALS: ___rc___