Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MARK MACPHERSON GRAHAM,<br><br>　　　　Defendant. | NO. 3:06-cr-0020-RRB<br><br>**MARK GRAHAM'S PROPOSED VOIR DIRE QUESTIONS** |

Mark Graham requests the court to ask prospective jurors the following questions concerning their eligibility to serve at his trial.

**I.**
**BURDEN OF PROOF QUESTIONS**

1.　　You have probably heard the phrase "proof beyond a reasonable doubt" in connection with criminal cases.  Do you think that it is fair or unfair to require the government to prove its cases beyond a reasonable doubt?  Why?

2.　　The law requires various levels of proof depending on the importance of the issue to be decided.  For instance, the plaintiff in a civil case must convince you by a preponderance of the evidence, *i.e.*, more likely than not, that his or her claims are true.

In a criminal case, because personal freedom is at stake, the law sets a much higher burden of proof. In a criminal case, the plaintiff must convince you beyond and to the exclusion of all reasonable doubt that each and every element of the crime charged is true before you can return a verdict of guilty. Do you understand the distinction? Do you agree or disagree with the distinction?

      3.      What would you do if you thought the accused person was probably guilty, but that the government had not convinced you of his guilt beyond a reasonable doubt?

      4.      Do you understand that a reasonable doubt can arise not only from the evidence produced, but also from the failure by the government to produce evidence?

      5.      Do you realize that before you can return a verdict of guilty, the government must prove beyond a reasonable doubt each and every essential element of crime charged in the indictment?

## II.
## PRESUMPTION OF INNOCENCE QUESTIONS

      6.      The law presumes that Mr. Graham is innocent of the charges the government has levied against him. The presumption of innocence alone is enough to acquit. Are there any among you that will not or cannot follow that instruction?

      7.      Are you open to the possibility that an innocent person can be accused of a crime?

      8.      Are any of you aware of circumstances where an innocent person has been accused of a crime? How did you become aware of those circumstances?

9. Do you believe that people, acting in good faith, can mistakenly accuse someone of something they didn't do? Why do you think that happens?

10. Do you believe that police and prosecutors, acting in good faith, can mistakenly accuse someone of something they didn't do? Why do you think that happens?

11. Do you understand that the presumption of innocence requires a not guilty verdict unless the government is able to prove each and every element of the offense beyond a reasonable doubt?

### III.
### DRUGS IN GENERAL

12. Has anyone close to you had personal problems related to the use or distribution of illegal drugs?

13. Has anyone close to you been in trouble with the law over the use or distribution of illegal drugs?

14. Has anyone close to you been involved with the use but not the distribution of illegal drugs?

15. Do you know anyone who has been addicted to drugs?

16. Have you ever been a member of an organization that advocates for the legalization of, or increased penalties for, any type of drug now categorized as illegal?

17. Do you have strong feelings about laws punishing people for use or distribution of controlled substances, *e.g.*, are they too harsh or too lenient?

18. Does anyone believe that the law should treat people who only use illegal drugs the same as people who sell illegal drugs?

19. Have you had any specific experience in your life that would cause you to feel that you could not be fair to either the government or the accused in a trial in which it is alleged that the accused possessed a controlled substance? If so, explain.

## IV.
## METHAMPHETAMINE

20. Does any juror know anything about the chemistry or physiological effects of methamphetamine? If so, how so.

21. Does any juror know anything about the production or use or distribution of methamphetamine. If so, explain the basis?

22. Does any juror know anyone who has used methamphetamine?

23. Is there anything about a charge alleging possession of methamphetamine that would make it difficult for you to be fair and impartial?

## V.
## SPECIFIC OFFENSE/DEFENSE QUESTIONS

24. In this case, the government claims that Mr. Graham was knowingly and actively involved in a conspiracy with others to manufacture and distribute methamphetamine. The government claims that Mr. Graham's specific role in this conspiracy was "pulling" methamphetamine for Erik Ostensen; that is, that Mark Graham would chemically alter ephedrine with red phosphorous, iodine, Coleman fuel, and hydrogen gas in order to make methamphetamine for Erik Ostensen. Is there anything

about the nature of this case that would prevent any member of the panel from judging this case fairly?

25. Some people say that many of the problems in this country are related to drugs. Do you believe that drugs cause problems in this country? If so, please indicate what problems you think they cause.

26. Are you one of the people who think that drugs cause too many problems in this country? Can you set that view aside and give Mr. Graham a fair trial?

27. Are you open to the possibility that Mr. Graham was not part of a conspiracy with Mr. Ostensen to manufacture methamphetamine?

28. Mr. Graham was arrested at Mr. Ostensen's residence, where the government claims Mr. Ostensen had a meth lab. If Mr. Graham is in a home where another person is manufacturing meth, but not a member of the conspiracy, he is not guilty. Can you readily accept that proposition of law?

29. Are you open to the possibility that even if Mr. Graham was found at Mr. Ostensen's residence, he was not involved in manufacturing meth?

30. Are you open to the possibility that Mr. Graham may be innocent of the charges leveled against him by the government in this case?

31. Are you open to the possibility that the police might be mistaken about whether Mr. Graham knowingly participated in the manufacturing and distribution of meth?

32. Are you open to the possibility that the police might be mistaken about whether Mr. Graham was actively involved and part of a conspiracy to manufacture and distribute meth?

DATED at Anchorage, Alaska this 24th day of April 2006.

Respectfully submitted,

s/Rich Curtner
Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:      907-646-3400
Fax:         907-646-3480
E-Mail:     rich_curtner@fd.org

Certification:
I certify that on April 24, 2006,
a copy of **Mark Graham's Proposed
Voir Dire Questions** was served electronically
on:

Larry D. Card
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

Scott A. Sterling
Sterling & Dearmond
851 Westpoint Drive, Suite 201
Wasilla, AK 99654
scottsterling@alaskalawyers.net


s/Rich Curtner