**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>  UNITED STATES OF AMERICA  </u>   v.   <u>  MARK MACPHEARSON GRAHAM  </u>

THE HONORABLE RALPH R. BEISTLINE

<small>DEPUTY CLERK</small>                                    CASE NO.  <u>3:06-cr-00020-02-RRB</u>

<u> CAROLYN BOLLMAN </u>

<u>PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**      DATE: April 27, 2006</u>

     By agreement of the judges, the above-referenced case is hereby reassigned to the Honorable James K. Singleton for further proceedings, including Final Pretrial Conference and Trial by Jury set for Tuesday, May 30, 2006.  Please use the following case number on all future filings: 3:06-00020-02-JKS.

[RRB DRAFT ORDER TRANSFERRING TBJ]{IQ1.WPD*Rev.12/96}