# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

UNITED STATES v. MARK MACPHERSON GRAHAM

Case No. **3-06-cr-00020-02-JKS-JDR**

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

## MINUTE ORDER FROM CHAMBERS

### RE: Motion to Suppress Statements, Docket No. 21

At the scheduled evidentiary hearing on April 7, 2006 the government stated its non-opposition to the defendant's motion to suppress statements filed at Docket No. 21. *See* Government's non-opposition filed at Docket No. 34. Accordingly, the court ruled that the motion to suppress should be denied as moot and the evidentiary hearing was vacated. There was no objection by the defendant. Accordingly, this chamber order shall stand as a final recommendation that the motion to suppress statements filed at Docket No. 21 should be denied as moot. The clerk shall forward this motion to the assigned district judge for his determination.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

May 9, 2006

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2006\06 CR\3-06-cr-00020-JKS-JDR GRAHAM @21 FINAL RR Re Mtn to Suppress.wpd