DEBORAH M. SMITH
Acting United States Attorney

LAWRENCE D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
AK Bar No. 8011068

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-00020-2-RRB |
| | ) | |
| Plaintiff, | ) | AMENDED NOTICE OF |
| | ) | EXPERT WITNESSES |
| v. | ) | |
| | ) | |
| MARK MACPHERSON GRAHAM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Comes now the plaintiff, the United States of America, by and through its counsel, and hereby submits an amended notice of expert witness in anticipation of trial on Tuesday, May 31, 2006:

Criminalist Stephen C. Palmer, substituted for Jack Hurd.  Mr. Palmer's CV is attached for the convenience of the defendant, as attachment "A."

Mr. Palmer performed the actual test on the substances submitted for analysis in this case.

RESPECTFULLY SUBMITTED this <u>19th</u> day of May, 2006, at Anchorage, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/ Lawrence D. Card
>Assistant U.S. Attorney
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-5071
>Fax: (907) 271-1500
>E-mail: larry.card@usdoj.gov
>Alaska Bar No. 8011068