DEBORAH M. SMITH
Acting United States Attorney

LAWRENCE D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
AK Bar No. 8011068

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:06-CR-00020-RRB |
| ) | |
| Plaintiff, ) | |
| ) | GOVERNMENT'S EXHIBIT |
| vs. ) | LIST |
| ) | |
| MARK MACPHERSON GRAHAM, ) | |
| ) | |
| Defendant. ) | |
| ) | |

COMES NOW Plaintiff United States of America, by and through counsel, and hereby files with the Court its Exhibit List.

# U.S. v. MARK MACPHERSON GRAHAM
Case No. 3:06-CR-00020-RRB
GOVERNMENT'S PROPOSED EXHIBIT LIST

| Exhibit | Description | Admitted |
|---|---|---|
| 1 | Chart of Kurt Kornchuck | |
| 2 | Lab Report from State Lab (2Pages) | |
| 3 | Picture of Meth - Two Layer Liquid | |
| 4 | Item # 5 Photo of White Residue - Ephedrine /Pseudoephedrine | |
| 5 | Item #6 Photo of Iodine | |
| 6 | Item #7 Photo of White Powder in Blue Bottles | |
| 7 | Item #8 Photo of Brown Powder - Red Phosphorous | |
| 8 | Item #14 Photo of Trace of Methamphetamine | |
| 9 | Photo of Empty Bottles of H2O2 (Hydrogen Peroxide) | |
| 10 | Photo of Microwave | |
| 11 | Photo of Heet Bottles | |
| 12 | Photo of Muriatic Acid and Red Lye | |
| 13 | Photo of Matches Without Strikers | |
| 14 | Photo of Overall View of Meth Material | |
| 15 | Photo of Chemicals in Refrigerator | |
| 15 A | Photo of Close up of Inside Refrigerator | |
| 16 | Photo of Hot Plate | |
| 17 | Photo of Syringes in Box | |
| 18 | Photo of Heet and Glassware in Kitchen | |
| 19 | Photo of Glassware in Kitchen | |
| 20 | Photo of Piles of Actifed, etc. | |
| 21 | Photo of More Focused Pile of Actifed Packs | |
| 22 | Photo of Red Bags and Empty Bottles | |

| 23 | Photo of Total Items Seized | |
|---|---|---|
| 23 A | Photo of Close Up of Tincture | |
| 24 | Photo of Xylol and Lighter Fluid in Cabinet | |
| 25 | Photo of Syringes and Tubing, etc | |
| 26 | Photo of Two Part Liquid and Blue Funnel (crack stem) | |
| 27 | Photo of Bags Full of Empty Matches | |
| 27 A | Photo of Close Up View of Empty Matches | |
| 28 | 125 ml of Pyrex Bottle | |
| 29 | Photo of Overall Iodine and Other Chemicals | |
| 29 A | Photo of Iodine and Yellow Glass | |
| 30 | Ostensen Plea Agreement | |

RESPECTFULLY SUBMITTED this 30th day of May, 2006 in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/ Lawrence D. Card
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500 (fax)
Email: larry.card@usdoj.gov
Alaska Bar No. 8011068

**CERTIFICATE OF SERVICE**
I hereby certify that on May, 2006
a copy of the foregoing was served via electronic notice:

Richard Curtner
 Federal Public Defender


s/ Lawrence D. Card

**U.S. v. Graham**                                                                                          **3:06-cr-00020-RRB**