(Rev 5/06)

# LIST OF EXHIBITS

Case No. 3:06-cr-00020-02-JKS            Judge: **JAMES K. SINGLETON**

Title    U.S.A.
vs.
        MARK M. GRAHAM

Dates of Hearing/Trial: 5/30/06   THRU   06/ 2 /06

Deputy Clerk/Recorder: Robin Carter

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Larry Card | Richard Curtner |
| | |
| | |

---EXHIBITS---

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | ✓ | | large methamphetamine chart | A | ✓ | w/ stip 1 | photo of defendant |
| 2 | ✓ | 5/31 | lab report | | | | |
| 3 | ✓ | 5/31 | photo | | | | |
| 4 | ✓ | 5/31 | photo | D | ✓ | w/ stip 1 | photo - hands |
| 5 | ✓ | 5/31 | photo | | | | |
| 6 | | | | | | | |
| 7 | ✓ | 5/31 | photo | G | ✓ | w/ stip 1 | photo |
| 8 | ✓ | 5/31 | photo | H | ✓ | 5/31 | photo |
| 9 | | | | I | ✓ | 5/31 | photo |
| 10 | | | | J | ✓ | 5/31 | photo |
| 11 | ✓ | 5/31 | photo | | | | |

Continuation
List of Exhibits

Page: 2

| Case No: 3:06-cr-00020-02-JKS | | | | Judge: JAMES K. SINGLETON | | | | |
|---|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT | |
| 12 | ✓ | 5/31 | photo | | | | | |
| 13 | ✓ | 5/31 | photo | | | | | |
| 14 | ✓ | 5/31 | photo | | | | | |
| 15 | ✓ | 5/31 | photo | | | | | |
| 15A | ✓ | 5/31 | photo | | | | | |
| 16 | ✓ | 5/31 | photo | | | | | |
| 17 | ✓ | 5/31 | photo - unused needles | | | | | |
| 18 | | | | | | | | |
| 19 | | | | | | | | |
| 20 | ✓ | 5/31 | photo - | | | | | |
| 21 | ✓ | 5/31 | photo | | | | | |
| 22 | ✓ | 5/31 | photo | | | | | |
| 23 | ✓ | 5/31 | photo | | | | | |
| 23A | ✓ | 5/31 | photo | | | | | |
| 24 | | | | | | | | |
| 25 | ✓ | 5/31 | photo | | | | | |
| 26 | ✓ | 5/31 | photo | | | | | |
| 27 | ✓ | 5/31 | photo | | | | | |
| 27A | ✓ | 5/31 | photo | | | | | |
| 28 | ✓ | 5/31 | photo | | | | | |

Continuation List of Exhibits

Page: 3

| Case No: 3:06-cr-00020-02-JKS | | | Judge: JAMES K. SINGLETON | | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 29 | | | | | | | |
| 29A | | | | | | | |
| 30 | ✓ | | plea agreement | | | | |

Page: 3