IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MARK MACPHERSON GRAHAM, )<br>)<br>Defendant. )<br>_____ ) | Case No. 3:06-cr-00020-02-JKS<br><br>VERDICT and SPECIAL VERDICT |

1. We, the jury, duly impaneled and sworn in the trial of this case, do hereby find the Defendant, MARK MACPHERSON GRAHAM, [Not Guilty or Guilty] _NOT GUILTY_ charge of Conspiracy in Relation to Methamphetamine, in violation of Section 841(a)(1) & (b)(1)(B) of Title 21 of the United States Code, and in violation of Section 846 of Title 21 of the United States Code, as charged in Count 1 of the indictment.

If you found the Defendant, MARK MACPHERSON GRAHAM, Not Guilty, as charged in Count 1 of the indictment, do not answer the next question, and proceed to question 3. If you found the Defendant, MARK MACPHERSON GRAHAM, Guilty, as charged in Count 1 of the indictment, please answer the following:

2. We, the jury, duly impaneled and sworn in the trial of this case, do hereby unanimously find that the conspiracy involved:

   _____ 5 grams or more of methamphetamine

   _____ less than 5 grams of methamphetamine.

3. We, the jury, duly impaneled and sworn in the trial of this case, do hereby find the

Defendant, MARK MACPHERSON GRAHAM, [Not Guilty or Guilty] __Not Guilty__ of the charge of Possession of Methamphetamine with intent to distribute, in violation of Section 841 (a)(1) & (b)(1)(B) of Title 21 of the United States Code, as charged in Count 2 of the indictment.

If you found the Defendant, MARK MACPHERSON GRAHAM, Not Guilty, as charged in Count 2 of the indictment, do not answer the next question, and sign the verdict form. If you found the Defendant, MARK MACPHERSON GRAHAM, Guilty, as charged in Count 2 of the indictment, please answer the following:

4.    We, the jury, duly impaneled and sworn in the trial of this case, do hereby unanimously find the Defendant, MARK MACPHERSON GRAHAM, responsible for possessing:

_____ 5 grams or more of methamphetamine

_____ less than 5 grams of methamphetamine.

DATED this __2nd__ day of __June__ 2006, at Anchorage, Alaska.

__REDACTED SIGNATURE__
Foreperson of the Jury