IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

## RELEASE ORDER

TO: UNITED STATES MARSHAL

RE: UNITED STATES OF AMERICA VS. Mark Graham

CASE NO: 3:06-cr-00020-02-JKS

---

Defendant Mark Graham,

has this date met the bail conditions indicated below and is ordered discharged from custody.

\_\_\_\_\_ Released to _____, the third party custodian(s).

\_\_\_\_\_ Paid cash bail in the amount of _____ to the Clerk of Court.

\_\_\_\_\_ Posted unsecured bond in the amount of _____

\_\_\_\_\_ Posted bond secured by \_\_\_\_ property or \_\_\_\_ surety in the amount of _____ with the Clerk of Court.

\_\_\_\_\_ Surrendered passport to the Clerk of Court.

✓ Other: ordered released

Dated at Anchorage, Alaska this 2 day of June, 2006.

REDACTED SIGNATURE

James K. Singleton
U.S. DISTRICT JUDGE

Original & 1 cy to U.S. Marshal