**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>MARK MACPHERSON GRAHAM,<br><br>      Defendant. | Case No. 3:06-cr-00020-02-JKS |

**JUDGMENT OF DISCHARGE**
FED.R.CRIM.P. 32(d)(1)

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

      __ The court has granted the motion of the government for dismissal with/without prejudice;

      __ The court has granted the motion of the defendant for a Judgment of Acquittal;

      __ A jury has been waived, and the court has found the defendant NOT GUILTY;

      _X_ The jury has returned its verdict, finding the defendant NOT GUILTY; of offense(s) of Conspiracy in Relation to Methamphetamine, its Salts, Isomers, and Salts of its Isomers Trafficking; 21 U.S.C. § 846, 841(a)(1) & (b)(1)(B) and Possession of Methamphetamine with Intent to Distribute; 21 U.S.C. § 841(a)(1), 841 (b)(1)(B), & 18 U.S.C. § 2 as charged in count(s) 1 and 2 of the First Superseding Indictment.

      **IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged pursuant to Rule 32(d)(1), Federal Rules of Criminal Procedure.

      **DATED** at Anchorage, Alaska, this 2 day of June, 2006.

**REDACTED SIGNATURE**
_____
JAMES K. SINGLETON
United States District Judge

[ ]{DISCHARG.WPD*Rev.2/97}