Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

RECEIVED
JUN 1 9 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARK MACPHERSON GRAHAM,<br><br>Defendant. | NO. 3:06-cr-0020-02-JKS<br><br>**WRIT OF HABEAS CORPUS**<br>***AD TESTIFICANDUM*** |

The President of the United States of America to Marc Antrim, Commissioner, State of Alaska, Department of Corrections and the United States Marshall, District of Alaska or his duly authorized representative.

GREETING:

We command that you have the body of **RONALD L. PARKS**, Offender No. 39756, by you imprisoned and detained as it is said under safe and secure conduct before the U.S. District Court presently sitting within the District of Alaska at Anchorage, Alaska on or before the 1st day of June 2006, as a witness in a criminal action pending before the court for his testimony and such other proceedings as the court may desire and that you return him to the Cook Inlet Pretrial Facility, Anchorage, Alaska as soon as he is excused

from further appearance before the aforesaid U.S. District Court under safe and secure conduct and have you then and there this writ.

WITNESS the Honorable Judge of the U.S. District Court for the District of Alaska at the Federal Building in the city of Anchorage, Alaska on this 30TH day of May 2006, at Anchorage, Alaska.

Ida Romack
IDA ROMACK
Clerk of Court

**REDACTED SIGNATURE**
Deputy Clerk

---

**U.S. MARSHALS RETURN**

I hereby certify and return that RONALD PARKS was transported from _____ to FED COURT Randy M. Johnson on 6/11/06 as ordered by the court.

U.S MARSHAL
By: _____
Deputy U.S. Marshal

Certified to be a true and correct copy of original filed in my office.
Dated 5-30-06
IDA ROMACK
By _____
redacted signature
Deputy